# Policy Information Sheet

**Insured's Information:**
CONLON, STEPHEN P
277 BIRCH ST
BRISTOL CT
06010

Date of Birth: ████ 1965   Age/Sex:   41/M
Location Code: CT-

**Application Information:**
Date of Application: 03-15
Application Received Date: 05-26
Cash with Application (CWA):
CWA Received Date:

**Beneficiary Information:**
LAURA CONLON 100%

**Policy Information:**
Policy Number: 0000186679
Face Amount:        500,000
Base Premium:         935.00
Base Plan Code: N15
Base Change Date:
Mode Code: 0154
Mode Amount:          81.81
Modal PSC Premium:    77.44
Total Annual PSC Premium:  885.00
Effective Date: 05262006
Team ID:  LN
Rollover Amount:

Plan Mnemonic/Riders/Ann.Prem./Plan/Chng Date:
SURE30P          935.00N15 63

Total Annual Prem:      935.00

**Basis Of Approval:**
PREFERRED
NO NICOTINE USE

**Delivery Requirements:**
EFTAUTH    AMENDMNT    ORIG POL
PDA1

Final Delivery Date: 06162006
Need Amount: 81.81
Refund Amount:
Prem. Due:

**Agent Information:**
SA Name: PAUL A HEYMAN
Sol. Agent Code: 66824
SA Name:
Sol. Agent Code:
General Agent Code: G6005

**Memo Section:**

**Owner Information:**
STEPHEN P CONLON

277 BIRCH ST
BRISTOL CT
06010

GA Name:

| POL.NO. 0000186679 | DATE 05-26-06 | PLAN N | AMOUNT 500,000 | UC 0 | RB ED | APL Y | PLAN CODE | CHNG DATE | MEMO |
|---|---|---|---|---|---|---|---|---|---|
| NAME AND ADDRESS | | | PLAN, RIDERS AND ANNUAL PREMIUMS | | | | | | |
| CONLON, STEPHEN P 277 BIRCH ST BRISTOL CT 06010 | | | SURE30P | | 935.00 | N15 | 63 | | |
| | | | | | | | | | BENE LAURA CONLON 100% |
| CT- — MANAGER -65  NY  41M | | | | | | | | | |
| PAYOR DOB | | | TOTAL ANNUAL PREM | | 935.00 | | | | |
| 03-15 | 05-26 | OTHER POLICIES | MODE | | | PSC | | | |
| | | | A | | | | 885.00 | | |
| SA. 66824 | | | S | | | | | | |
| SA. | | | Q | | | | | | DELIVERY REQ. 06162006  )NEED$81.81 |
| | | | M 0154 | | 81.81 | | 77.44 | | EFTAUTH    AMENDMNT   ORIG POL |
| GA. G6005 | | TEAM LN | | | | | | | PDA1 |
| | | | | CODE | % | FIRST YEAR | % | | %         % |
| S PAUL A HEYMAN | | | | 66824 | | | | | |
| S | | | | | | | | | |
| G | | | | G6005 | | | | | |
| AMERICAN BROKERAGE SERVIC | | | | G6005 | | | | | |
| DATE | REMARKS | | TOTALS | | | | | | |



## SCHEDULE

| Benefit | Annual Premium | Premium Period |
|---|---|---|
| Level Term Life Base Policy | $ 935.00* | 30 YEAR(S) |

*Subsequent premiums are shown in the section of this Schedule entitled Table of Premiums and Amounts of Insurance.

Expiry Date MAY 26, 2063     (No insurance will be provided under this Policy on or after this date.)

MAY 26, 2036 Exchange Date

*Premium Due Dates 26TH DAY OF EACH MONTH

Beneficiary AS DESIGNATED IN THE APPLICATION OR AS SUBSEQUENTLY CHANGED BY THE OWNER

PREFERRED NO NICOTINE USE Premium Classification

Owner AS DESIGNATED IN THE APPLICATION OR AS SUBSEQUENTLY CHANGED BY THE OWNER

Age Nearest 41 M Birthday

Insured STEPHEN P CONLON

0000186679 Policy Number

SEE ENDORSEMENT Policy Date

Total Initial Premium $81.81

MAY 26, 2006 Date of Issue

*Please note that, if a Premium Due Date falls on the 29th, 30th or 31st of a month that does not contain one of these dates, the premium due date will be the first day of the following month.

Form No. GE-1420-S-30 (LT)         3

## GENERAL PROVISIONS (Continued)

**ASSIGNMENT**  The Company is not responsible for the validity or effect of any assignment of this Policy. No assignment will bind the Company until it is received at the administrative office.

**MISSTATEMENT**  If the Insured's age or sex is misstated, the Company will adjust the proceeds to that amount which the premiums paid would have purchased based on the correct information.

"Attained age" is the age shown in the Schedule plus the number of whole years elapsed from the Policy Date.

**SUICIDE**  If the Insured, while sane or insane, dies by suicide within two years after the Date of Issue shown in the Schedule, the death proceeds under this Policy will be an amount equal to the premiums paid less the loan balance as of the date of death.

**INCONTESTABILITY**  With respect to statements made in the application, this Policy is not contestable after it has been in force during the Insured's lifetime for a period of two years beginning with the Date of Issue shown in the Schedule. With respect to statements made in an application for reinstatement, this Policy is not contestable after it has been in force during the Insured's lifetime for a period of two years beginning with the date of reinstatement.

This provision does not apply to any rider providing additional benefits.

**PAYMENT OF PROCEEDS**  The proceeds will be paid from the administrative office. This Policy must be returned to the Company. Unless a settlement option is elected, the proceeds will be paid in one sum.

**AMOUNT OF THE DEATH PROCEEDS**  The proceeds payable at the death of the Insured will be:
- the amount of insurance applicable on the date of the Insured's death; less
- any premium required to keep this Policy in force to the end of the policy month of death; less
- the loan balance as of the date of death.

The portion of the premium paid for the period beyond the end of the policy month of death will be paid in addition to the death proceeds.

The death proceeds will be adjusted due to any of the following:
- a successful contest of this Policy in accordance with the Incontestability section;
- misstatement as explained in the Misstatement section; and
- death during the grace period.

If the Insured dies by suicide, the amount of the death proceeds may be determined in accordance with the Suicide section.

**NONPARTICIPATING**  This Policy does not share in any distribution of surplus. No dividends are payable.

## PREMIUM PROVISIONS

**PREMIUM PAYMENTS**  Premiums are based on the rates in use for the class to which the Insured belongs.

Any premium after the first is payable in advance at the administrative office or at the Company's premium payment address. Premiums are payable during the Insured's lifetime. The Schedule shows the premiums payable under this Policy.

The Owner may change the mode of premium payment with the Company's consent. Written notice must be received at the administrative office. The modes available are annual, semiannual, and quarterly. Premiums may also be paid by automatic bank draft.

**(Continued)**



Form No. GE-14202NF.1         5

## SETTLEMENT OPTIONS

**GENERAL PROVISIONS**

Policy proceeds may be paid in a single sum or left with the Company for payment under one or more of the following settlement options. The amount applied under an option must be at least $2,000. The amount of each payment under an option must be at least $50.

The Owner, with the consent of any irrevocable beneficiary, may elect or revoke a settlement option at any time before the proceeds are payable. If no settlement option election is then in effect, the payee may make an election. Written notice of election or revocation must be filed at the administrative office in a form acceptable to the Company. The election or revocation will then take effect as of the date the Owner or payee signed the notice. An election does not affect any payment made or other action taken by the Company before the notice is received. A payee that is not a natural person may elect a settlement option only with the Company's consent.

An assignee cannot elect a settlement option. Change of owner or beneficiary automatically revokes any election in effect.

**DEATH OF PAYEE**

Unless otherwise specified, at the death of the last payee a final payment will be made to the payee's estate. For Options 1 and 2, the final payment will be the commuted value of the remaining unpaid installments certain. Such value will be computed based on the rate of interest used in the calculation of the payments. For Options 3 and 4, the final payment will be the unpaid proceeds with any unpaid interest to the date of death of the payee.

**FIRST INSTALLMENT**

The first installment under Options 1, 2, and 4 is payable on the effective date of the option. The effective date is the date of the Insured's death or any other date agreeable with the Company.

**INTEREST**

The guaranteed interest rate for Options 1, 2, 3, and 4 is 2½% a year, compounded annually. Excess interest may be declared annually by the Company.

**OPTION 1 FIXED PERIOD**

Proceeds will be paid for a fixed period. The amount of the payments is determined from the Option 1 Table on the next page.

**OPTION 2 LIFE INCOME WITH INSTALLMENTS CERTAIN**

Proceeds will be paid in equal installments throughout the certain period. After the certain period, payments will continue to be made throughout the payee's lifetime. The amount and certain period of the payments are determined from the Option 2 Table on the next page. At some ages the same amount is payable for different periods certain. In such a case the Company will assume that the longest period was chosen. Satisfactory proof of the payee's age is required. The Company may require evidence that the payee is living on the due date of each payment.

**OPTION 3 INTEREST**

Interest on the proceeds will be paid in the manner agreed upon when the option is elected.

**OPTION 4 FIXED INSTALLMENTS**

Proceeds will be paid in fixed installments at regular intervals until proceeds, together with interest on the unpaid balance, are exhausted.

**OPTION 5 SINGLE PREMIUM ANNUITY**

Proceeds will be used to purchase any single premium annuity the Company offers at the time proceeds are applied. The annuity payments will be 102% of the payments otherwise purchased by the single premium.

**OTHER SETTLEMENT OPTIONS**

Proceeds may be applied in any other mutually agreeable manner.

**(Continued)**

Form No. GE-14203         7

```
                              S C H E D U L E

Benefit                                  Annual Premium    Premium Period
Level Term Life Base Policy              $      520.00*    20 YEAR(S)
```

*Subsequent premiums are shown in the section of this Schedule entitled Table of Premiums and Amounts of Insurance.

*Policy # 186675*

```
Expiry Date  MAY 02, 2063        (No insurance will be provided under
                                  this Policy on or after this date.)


                                         MAY 02, 2026 Exchange Date

   *Premium
   Due Dates 2ND DAY OF EACH MONTH

Beneficiary AS DESIGNATED IN THE                       PREFERRED Premium
            APPLICATION OR AS SUBSEQUENTLY  NO NICOTINE USE Classification
            CHANGED BY THE OWNER

      Owner AS DESIGNATED IN THE                              Age Nearest
            APPLICATION OR AS SUBSEQUENTLY              41 M  Birthday
            CHANGED BY THE OWNER


    Insured STEPHEN P CONLON                     0000186679 Policy Number


                                         SEE ENDORSEMENT    Policy Date

     Total
   Initial
   Premium $45.50                            MAY 02, 2006 Date of Issue
```

*Please note that, if a Premium Due Date falls on the 29th, 30th or 31st of a month that does not contain one of these dates, the premium due date will be the first day of the following month.

Form No. GE-1420-S-20 (LT)                          3

S C H E D U L E   *CONTINUED*        Pol No 0000186679

Table of Premiums and Amounts of Insurance

Premiums

The Annual Premium is the annual premium the Company anticipates will be payable at the beginning of the policy year. The premiums payable are subject to change, but the annual premium payable for a policy year will never exceed the Maximum Annual Premium shown in this Table for that year.

Any change in premium will be due to the Company's re-evaluation of expected future mortality, interest, expenses, or persistency. The Company's past experience will not be a factor in any change in premium.

Change will be applied uniformly to a class of insureds. Class will be determined by the following: issue age and sex, premium classification, amount of insurance, and/or the number of years the insurance has been in force. The Company will mail notice of any change in premium. Premiums will not be changed more than once a year. A change will not affect the nonforfeiture values.

The deterioration of the Insured's health will not cause a change in the premium or the premium classification.

Rider premiums and the Policy Fee referenced below are included in the premiums.

| Policy Year | Annual Premium | Maximum Annual Premium | Policy Year | Annual Premium | Maximum Annual Premium |
|---|---|---|---|---|---|
| 1 | $ 520.00 | 520.00 | 26 | $ 11,025.00 | 23,450.00 |
| 2 | 520.00 | 520.00 | 27 | 12,135.00 | 25,910.00 |
| 3 | 520.00 | 520.00 | 28 | 13,120.00 | 28,550.00 |
| 4 | 520.00 | 520.00 | 29 | 13,920.00 | 31,430.00 |
| 5 | 520.00 | 520.00 | 30 | 15,020.00 | 34,680.00 |
| 6 | 520.00 | 520.00 | 31 | 16,475.00 | 38,360.00 |
| 7 | 520.00 | 520.00 | 32 | 18,020.00 | 42,610.00 |
| 8 | 520.00 | 520.00 | 33 | 20,100.00 | 47,490.00 |
| 9 | 520.00 | 520.00 | 34 | 22,425.00 | 52,970.00 |
| 10 | 520.00 | 520.00 | 35 | 25,050.00 | 58,850.00 |
| 11 | 520.00 | 520.00 | 36 | 28,015.00 | 65,110.00 |
| 12 | 520.00 | 520.00 | 37 | 31,370.00 | 71,690.00 |
| 13 | 520.00 | 520.00 | 38 | 35,130.00 | 78,520.00 |
| 14 | 520.00 | 520.00 | 39 | 39,335.00 | 85,770.00 |
| 15 | 520.00 | 520.00 | 40 | 44,005.00 | 93,720.00 |
| 16 | 520.00 | 520.00 | 41 | 48,625.00 | 102,570.00 |
| 17 | 520.00 | 520.00 | 42 | 53,585.00 | 112,570.00 |
| 18 | 520.00 | 520.00 | 43 | 58,930.00 | 123,840.00 |
| 19 | 520.00 | 520.00 | 44 | 64,880.00 | 136,160.00 |
| 20 | 520.00 | 520.00 | 45 | 75,040.00 | 149,250.00 |
| 21 | 2,270.00 | 13,990.00 | 46 | 98,375.00 | 162,850.00 |
| 22 | 4,020.00 | 15,470.00 | 47 | 129,930.00 | 176,840.00 |
| 23 | 5,775.00 | 17,160.00 | 48 | 152,395.00 | 190,940.00 |
| 24 | 7,525.00 | 19,070.00 | 49 | 172,400.00 | 205,340.00 |
| 25 | 9,275.00 | 21,180.00 | 50 | 205,600.00 | 220,240.00 |

Form No. GE-1420-S-20 (LT)                4

S C H E D U L E   *CONTINUED*         Pol No 0000186679

## Amounts of Insurance

The Amount of Insurance is the amount provided by the base policy. It remains level throughout the Period shown.

| Period | Amount of Insurance |
|---|---|
| Policy Years 1 - 57 | $ 500,000 |

Form No. GE-1420-S-20 (LT)                4B

SCHEDULE *CONTINUED*     Pol No 0000186679

Premiums (continued)

| Policy Year | Annual Premium | Maximum Annual Premium |
|---|---|---|
| 51 | $ 215,110.00 | $ 235,890.00 |
| 52 | 224,185.00 | 252,800.00 |
| 53 | 232,805.00 | 271,680.00 |
| 54 | 240,920.00 | 295,700.00 |
| 55 | 278,500.00 | 330,010.00 |
| 56 | 295,495.00 | 384,600.00 |
| 57 | 311,870.00 | 408,220.00 |



Modal Premium Factors and Annual Percentage Rates(APR) where payment is made other than annually:

|  | Modal Factors | APR |
|---|---|---|
| Semiannually | .51 | 8.2% |
| Quarterly | .26 | 10.8% |
| Monthly Bank Draft | .0875 | 10.8% |

Policy Fee:  Not to exceed $50 annually; included within the above premium amounts.

Form No. GE-1420-S-20 (LT)         4A



MAR-24-2006(FRI) 09:43    L R CAMPISI & ASSOCIATES LLC    (FAX)860 745 1547    P 001/011

## Application for Life Insurance – Part I



First Colony Life Insurance Company (FCL) • Genworth Life Insurance Company (GLIC) • Genworth Life and Annuity Insurance Company (GLAIC)
700 Main Street • Lynchburg, VA 24504

### 1. Proposed Insured  *Please print all answers.*

- a. Full Name (First, Middle, Last. Include maiden name in parentheses.): **Stephen Patrick Colon**
- b. Sex: ☒ M
- c. Date of Birth: __-__-65
- d. State of Birth: New York
- e. Social Security Number: ___-__-9772
- f. Home Address (Number, Street, City, State, and Zip Code) e-mail: **272 Birch St. Bristol CT 06010**
- How Long At Address? 6 mo.
- g. Legal Residency: ☒ U.S. ○ Other (Specify):
- h. Driver's License Number/State: **CT - 038208876**
- i. Marital Status: ☒ M  ○ S  ○ W  ○ D
- j. Home Phone Number: **860-261-4255**
- k. Work Phone Number:
- l. Occupation (include duties):
- m. Employer Name and Address:
- How Long w/ Employer?

### 2. Ownership (Complete if Owner is other than Proposed Insured. If trust, give full name of trust and date of trust agreement.)

(blank)

### 3. Beneficiary (If percentage shares are not given, they will be equal. Use REMARKS to name additional Beneficiaries.)

- a. Primary: (Full Name and Address): **Laura Conlon**
- b. % Share: **100**
- c. Rel. to Prop. Ins.: **Wife**
- d. SSN or TIN:
- e. Date of Birth/Trust: __ __ 71

### 4. Insurer, Plan and Amount of Insurance

- a. Insurer (Select one): ○ FCL  ● GUC  ○ GLAIC
- b. Plan of Insurance: **SUR-TERM-20-**
- c. Amount of Insurance: $ **500,000**

### 5. Death Benefit Option (Universal Life only)

○ Level (Specified Amount only)
○ Increasing (Specified Amount plus cash value)
○ Scheduled Increases (if available): ○ Simple ___%  ○ Compound ___%

### 6. Riders (If available with Plan)

○ Waiver
○ Children's Term Ins.: Units ___
○ Other (Amount and Description):

### 7. Premiums

- a. Payment Method: ☒ Pre-Arranged Withdrawal (PAW)  ○ Direct Bill  ○ Other (Specify):
- b. Payment Mode: ☒ Monthly (PAW only)  ○ Quarterly  ○ Semiannual  ○ Annual  ○ Single
- c. Automatic Premium Loan: ○ Yes  ○ No (if available)
- d. Send Premium Notice to: ☒ Insured (Section 1.f.)  ○ Owner (Section 2.a.)  ○ Other (Specify):
- e. Premium Source: ☒ Salary  ○ Investments  ○ Savings  ○ Gifts/Inheritance  ○ Other (Specify):
- f. Amount Remitted in Exchange for Temporary Insurance: $

Form No. GEFA-599            Page 1            1/2006

MAR-24-2006(FRI) 09:43    L R CAMPISI & ASSOCIATES LLC    (FAX)860 745 1547    P 002/011

### 8. Proposed Insured's Tobacco and Nicotine Use.

a. Mark the one item that best describes your history of tobacco and other nicotine product use: ☒ Never Used  ○ Totally Stopped  ○ Use Now
b. If you have "Totally Stopped," indicate number of years since you totally stopped and give date and reason in REMARKS.
○ Less than 1  ○ 1 or more/less than 2  ○ 2 or more/less than 3  ○ 3 or more/less than 5  ○ 5 or more

### 9. Proposed Insured's Insurance Needs (Complete either the Personal or Business section. Explain "Yes" answers in REMARKS.)

a ○ Personal:  ☒ Income Replacement  ○ Debt Repayment  ○ Estate Conservation  ○ Other [_____]
  1. Personal Finances: Gross Annual Income [$_____]  Total Assets [$_____]  Total Liabilities [$_____]
  2. Within the past 5 years, have you filed for bankruptcy or had any judgments or liens filed against you? ........................ ○ Yes No ☒

b ○ Business:  ○ Buy-Sell  ○ Key Employee  ○ Secure Credit  ○ Other [_____]
  1. Business Finances: Total Assets [$_____]  Total Liabilities [$_____]  Net Worth [$_____]
  2. What percentage of the business do you own? [____%]  3. Your Gross Annual Salary (include bonus) [$_____]
  4. Is business insurance applied for or in force on other key members of the business? (Explain either answer in REMARKS.) ..... ○ Yes No ○
  5. Within the past 5 years, has the business filed for bankruptcy or had any lien or judgments filed against it? ........................ ○ Yes No ○

### 10. Proposed Insured's Existing Insurance/Replacement (Explain "Yes" answers in REMARKS.)

a. Do you have existing life insurance or annuities? ........................................................................................................................... ○ Yes No ☒
b. If "Yes," to Question 10.a., will the insurance applied for in this application replace, and or change any existing life insurance or annuities? ........ ○ Yes No ☒
   (If "Yes," you may be required to review and sign additional forms.)
c. If "Yes," to Question 10.a., list all existing life insurance policies and annuity contracts. For additional policies/contracts, use REMARKS.

| Full Name of Company | To Be Replaced? | Amount | Year Issued | Beneficiary(ies) |
|---|---|---|---|---|
|  | ○ Yes No ○ | $ |  |  |
|  | ○ Yes No ○ | $ |  |  |
|  | ○ Yes No ○ | $ |  |  |
|  | ○ Yes No ○ | $ |  |  |

### 11. Proposed Insured's History (Explain "Yes" answers in REMARKS.)

                                                                                                                                                                        Yes No
a. Do you have any other application or informal inquiry for life insurance pending in any company or society? ........................ ○ ☒
b. Have you ever had an application or reinstatement request for life or disability insurance refused, postponed,
   limited, withdrawn or cancelled, or have you been asked to pay a higher premium? ........................................................... ○ ☒
c. Have you ever been convicted of a misdemeanor or felony? ..................................................................................... ○ ☒
d. Have you ever requested or received a Worker's Compensation, Social Security or disability income payment, excluding a
   pregnancy-related payment? ........................................................................................................................ ○ ☒
e. In the past 5 years, has your driver's license been suspended or revoked? ................................................................ ○ ☒
f. In the past 5 years, have you been convicted of, or pled guilty or no contest to, reckless driving or driving under the
   influence of alcohol or drugs? ..................................................................................................................... ○ ☒
g. In the past 5 years have you flown, or do you intend to fly, as a pilot, student pilot, or crew member other than for a
   scheduled commercial airline? (If "Yes," complete Aviation Supplement.) ................................................................... ○ ☒
h. In the past 2 years have you engaged in, or do you intend to engage in, hang gliding, ultra-light flying, hot-air ballooning,
   mountain, rock, or ice climbing, motor vehicle or boat racing, or scuba or sky diving? (If "Yes," complete appropriate
   activities Supplement(s).) ........................................................................................................................ ○ ☒
i. In the next 2 years, do you intend to travel or reside outside of the U.S. for more than 4 consecutive weeks other than
   for vacation? (If "Yes," complete Foreign Residence/Travel Supplement.) ................................................................. ○ ☒

### 12. REMARKS (For explanations and special requests. Identify applicable item number and letter. If additional space is needed, use an overflow form.)

Form No. GEFA-599                              Page 2                              1/2006

MAR-24-2006(FRI) 09:45    L R CAMPISI & ASSOCIATES LLC    (FAX)860 745 1547    P 007/011

### Authorization to Collect and Disclose Information

**Information** Information means facts about the Proposed Insured. It includes facts about these topics: mental and physical health, including facts about communicable diseases such as HIV infection, AIDS, tuberculosis, and sexually transmitted diseases; other insurance coverage; hazardous activities; character; general reputation, mode of living; finances, vocation; and other personal traits. It does not include facts about sexual orientation. The following statements apply to Information being collected in the states named: New Jersey: Information does not include facts about previously administered tests for HIV Antibodies, T-Cell Counts, or AIDS. Vermont: Information does not include facts about previously administered tests for HIV Antibodies, T-Cell Counts, or AIDS. In Vermont, the Company will not forward the results of any new tests it requests to any other entity.

**Source** Medical physicians, chiropractors; physical therapists; psychologists; drug, alcohol, or mental health counselors; hospitals; clinics; drug or alcohol treatment or consultation facilities; nursing homes; mental health facilities; ambulatory care centers; facilities or offices staffed or run by care providers; insurers; reinsurers; MIB; consumer reporting agencies; financial sources; employers; the Social Security Administration; neighbors; friends; and relatives.

**Insurer** First Colony Life Insurance Company, Genworth Life Insurance Company, and Genworth Life and Annuity Insurance Company

**Proposed Insured** The Proposed Insured is the person whose life is proposed to be Insured.

**Authorization** The Authorization is this Authorization to Collect and Disclose Information.

**MIB** MIB is the medical information bureau known as MIB, Inc.

The following parties may need to collect information in regard to proposed coverage: the Insurer and its reinsurers; MIB; consumer reporting agencies; and all persons authorized to represent these parties. Those parties that may need to collect information may generally disclose information to the following: other insurers to which the Proposed Insured has applied or may apply; reinsurers; MIB; or persons who perform business, professional, or insurance tasks for them. They may disclose information as allowed or required by law. MIB and consumer reporting agencies may disclose information only as set forth in an agreement with a member company or organization. Certain laws may pertain to some kinds of information and may further restrict disclosure of that information. The insurer and its reinsurers will use information to evaluate the application.

By signing this Application — Part I, the Proposed Insured or the person authorized to act on the Proposed Insured's behalf: (1) authorizes each Source to give information when this Authorization is presented; and (2) acknowledges receipt of the Notice to Proposed Insured and Owner. A copy of this Authorization will be as valid as the original. The Proposed Insured or the person authorized to act on the Proposed Insured's behalf may revoke this Authorization by sending written notice to the Insurer. Failing to sign, changing, or revoking this Authorization will impede processing of the application; as a result, the application may be denied.

In all states except Rhode Island and Vermont, this Authorization will be valid for thirty (30) months after the date this Application — Part I is signed. In Rhode Island and Vermont, this Authorization will be valid for twenty-four (24) months after the date this Application — Part I is signed. The Proposed Insured or an authorized representative of the Proposed Insured may ask to receive a copy of this Authorization.

### Representations

The application includes the Application — Parts I and II and all approved supplemental forms or amendments the Insurer specifically designates as parts of the application by attaching copies of them to any policy delivered to the Owner. No licensed insurance agent is authorized to: (a) make or modify contracts; (b) waive any Insurer rights or requirements; or (c) waive any information the Insurer requests.

I represent: (1) the statements and answers given in the application are true, complete, and correctly recorded to the best of my knowledge and belief; and (2) the insurance being applied for is suitable for the Owner's insurance needs.

I agree that: (1) I will notify the Insurer if any statement or answer given in the application changes prior to policy delivery; and (2) except as provided in the Temporary Insurance Application and Agreement, if any, insurance will not begin unless all persons proposed for insurance are living and insurable as set forth in the application at the time a policy is delivered to the Owner and the first modal premium is paid.

| State in which Owner Signed Application | CT | | State in which Policy will be Delivered | CT |
|---|---|---|---|---|

X _____   03/15/06   _____
Signature of Proposed Insured         Date       Owner (If not Proposed Insured: Signature and any Title)

_____              _____
Signature of Licensed Insurance Agent         Signature of Licensed Insurance Agent

Ken Heyman
_____              _____
Licensed Insurance Agent's Printed Name       Licensed Insurance Agent's Printed Name

█████-1982
_____              _____
Social Security No.   License No.   Managing Agency/   Social Security No.   License No.   Managing Agency/
                                    Brokerage No.                                          Brokerage No.

Form No. GEFA-509                          Page 3                                    1/2006

MAR-24-2006(FRI) 09:44    L R CAMPISI & ASSOCIATES LLC    (FAX)860 745 1547    P 003/011

## 1. Licensed Insurance Agent's Report (Not part of the Application)

**a. Full Name (Please print)**: Paul Heyman
**b. Agent's Company Code No.**: 66824
**c. SSN or Tax ID No.**: [redacted]-1982
**d. Phone and FAX Numbers**: Phone: 860-966-1944  FAX: 860-795-1547

a. 1. Does the proposed insured have any existing life insurance or annuity? ................ ☐ Yes  ☒ No
   2. Is this insurance applied for intended to replace, end or change any existing insurance or annuity? ........ ☐ Yes  ☒ No
   If "Yes," to either question, replacement forms may be required by state law. Include copies of any required forms with the application. If existing insurance may be replaced, ended or changed, attach a full explanation to the application and explain to the Owner and Proposed Insured that new suicide and contestable periods may apply.

f. If you accepted money with this application, a Temporary Insurance Application and Agreement (TIAA) is required, Was a TIAA given? . . ☐ Yes  ☒ No

g. Has a medical or paramedical exam been scheduled? If "Yes," give date and Provider with whom scheduled........... ☒ Yes  ☐ No
   Date (Mo. Day Yr.):                    Provider's Name: TBD

h. If Proposed Insured is married, amount of insurance on spouse. If spouse is not insured, give reason
   Amount: $           Reason:

i. If Proposed Insured is a minor, amount of insurance on parents and any siblings. If parents and siblings are not insured, give reason.
   Father: $    Mother: $    Siblings (Name and Amount)

I represent that to the best of my knowledge and belief: (1) the insurance being applied for is suitable for the Owner's insurance needs and financial objectives; (2) the information provided in this report and by the Owner and Proposed Insured in the application is complete, accurate, and correctly recorded; and (3) there is nothing adversely affecting the insurability of the Proposed Insured other than as indicated in the application. I also represent that I gave all required form(s) on or before the date the application was taken.

**Signature(s) of Licensed Insurance Agent(s)**: [signed]    **Date**: 3-15-06

## 2. Managing Agency/Brokerage Report (Not part of the Application)

**a. Managing Agency/Brokerage Name (Please print)**:
e-mail:
**b. Managing Agency/Brokerage No.**: G6005
**c. Date**:

## 3. Licensed Insurance Agents to Receive Commission (Please print) — Complete for each licensed agent to receive commission.

Total Commission Share(s) to equal 100%. Each licensed agent will share equally unless otherwise indicated.

| a. Full Name, Address, and SSN or TIN | e-mail | b. Agent's Commission Share | c. Agent's Company Code No. |
|---|---|---|---|
| Paul Heyman | | 100 % | |
| d. Full Name... | e-mail | e. % | f. |
| g. Full Name... | e-mail | h. % | i. |
| j. Full Name... | e-mail | k. % | l. |
| m. Full Name... | e-mail | n. % | o. |

*The code number assigned by the Insurer selected in Item 4.a. on Page 1 of the application.
Form No. G6FA-509    Page 4    1/2006