**Genworth Life Insurance Company**
**Genworth Life and Annuity Insurance Company**

3100 Albert Lankford Dr.
P.O. Box 10720
Lynchburg, VA 24505-0720

May 17, 2007

Stephen P Conlon
277 Birch St
Bristol, CT 06010





Re: Policy Number:     0000186679
    Insured:           Stephen P Conlon

Dear Stephen Conlon,

We were unable to process your recent request due to the following reason(s).

The complete primary beneficiary designation must be indicated in the space provided for primary beneficiary. In case of lack of space, cross out the word "contingent" and continue the designation.

Enclosed is a new form to be completed, signed, dated and returned to our office for processing. Please note, no change will take effect until we receive a properly completed form, signed and dated, in our office. Please complete section 3 for Beneficiary Change.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 or fax us at 1-888-325-3299.

Sincerely,

Tiffany Case
Customer Service

CC     G6005  American Brokerage Services Inc,     Paul A Heyman

Enclosure :   Policy Change Form Part One

○ Genworth Life Insurance Company
  Service Center
  P.O. Box 10720 • Lynchburg, VA 24506-0720
  888 325.5433

○ Genworth Life and Annuity Insurance Company
  Service Center
  P.O. Box 10720 • Lynchburg, VA 24506-0720
  888 325.5433



**Please check (✔) appropriate company box.**

## POLICY CHANGE FORM – PART I

INSURED: Name _Stephen Patrick Conlon_ Date of Birth ▬▬ -65 Soc. Sec. No. ▬▬ 9772
(Print)

OWNER: Name _____ Date of Birth _____ Policy Number _____
(Print)

Address _____ Daytime Phone _____

### ☐ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. *The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form.*

New Owner: (If more than one owner, specify which owner is to receive premium notices.) *Sample designations on Page 2.*

Primary: _____

_____

Date of Birth: _____

Soc. Sec. No. or T.I.N.: _____

Mailing Address: _____

**New Owner is:**  ☐ Individual  ☐ Sole proprietorship
☐ Partnership  ☐ Corporation
☐ Trust (Give complete name of trust, date of trust agreement, and name(s) of the trustee(s).)

### ☐ 2. CHANGE NAME of:

☐ Insured  ☐ Beneficiary  ☐ Owner  ☐ _____

From _____

To _____

Reason _____

NOTE: If reason is other than marriage or correction of spelling, attach copy of legal evidence.

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.**

### ☑ 3. CHANGE OF BENEFICIARY

I revoke all prior beneficiary designations and settlement option elections. I designate the following as beneficiaries under this policy: (Give full name, birthdate, relationship to insured, Soc. Sec. or T.I.N. and mailing address. Where possible, give individual names for all members of a class of beneficiaries. Do not list dollar amounts. Use percentage share or fraction. *Sample designations on Page 2.*) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation.

Primary: _70% designation_
_LAURA CONLON_ ▬ 6493
_1, wife, 277 BIRCH ST, BRISTOL, CT_
_06010_

Contingent: _Shared equally @ 15% each_
_Stephen Patrick Conla_ ▬ 3185, Son
✳ _5557, 277 Birch St Bristol CT_
_06010_

_Caitlin Marie Conlm_ ▬ 5/87, daughter
✳ _7072, 277 Bird St, Bristol CT_
_06010_

The right to change the beneficiary is reserved to the owner, unless otherwise indicated.

### ☐ 4. OTHER CHANGE(S)

_____

_____

_____

_____

I declare that no bankruptcy proceedings are now pending.

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at __BRISTOL CT__ on __3/16/07__
City and State (month, day, year)

Owner X _Stephen P Conlon_ , _Sr._ Soc. Sec. No. ▬ -9772
(Signature) (Title, If Applicable)

New Owner, if applicable X_____ , _____ Soc. Sec. No. _____
(Signature) (Title, If Applicable)

Signature of Witness X_____ Other Required Signature X_____
(If applicable) (If applicable)

Form No. 505-02-3                           Page 3                                    1/2007

## POLICY CHANGE FORM – PART I

INSURED: Name _____ Date of Birth _____ Soc. Sec. No. _____

OWNER: Name _____ Date of Birth _____ Policy Number _____

Address _____ Daytime Phone _____

### ☐ 5. POLICY LOAN

In consideration of the cash loan to be made by the Company indicated on Page 1 of this form (the Company), I assign this policy to the Company as sole security. Terms for interest and repayment of the loan are subject to the provisions of this policy. I request the loan amount and effective date as follows:

☐ Maximum preferred loan amount (available only with selected plans).

or

☐ Maximum loan amount available.

or

☐ $_____ cash (or maximum available, if less).

Effective date of loan: _____

            Month     Day

(if other than current date)

### ☐ 6. SURRENDER FOR CASH VALUE

☐ I surrender the attached policy with all claims thereunder for payment of the net cash surrender value.

NOTE: The policy must be returned.

☐ This policy was lost or destroyed. I surrender the insurance for payment of the net cash surrender value.

### ☐ 7. PARTIAL WITHDRAWAL

I elect to withdraw a portion of the net cash surrender value. The amount of payment is subject to any maximum and any minimum limits and other policy provisions. I request a partial withdrawal in the following amount:

$_____ cash (subject to policy provisions).

### INCOME TAX WITHHOLDING NOTICE AND ELECTION

Federal Law requires us to withhold 10% from the taxable portion of certain life insurance and/or annuity payments made to you. However, you can elect not to have any money withheld from such payments. Withholding applies only to the taxable portion of the payment you receive, not to the entire payment. In general, the taxable portion equals the extra amount you receive over the total net amount you paid (considered your cost basis).

As owner:

* If you decide not to have the federal income tax withheld, you are still liable for payment of federal income tax on the taxable portion of this payment. You may be subject to tax penalties under the Estimated Tax Payment Rules if any payments of estimated tax and withholding are insufficient.

* *If you do not make a choice, the Company indicated on Page 3 of this form (the Company) will withhold 10% for federal income taxes from any taxable portion of your payment.*

* If your social security or tax I.D. number is not completed below, the Company may be required to withhold 31% or more from any taxable portion of the payment.

* Check (✔) the appropriate block and fill in your social security or tax I.D. number below.

☐ I have read the above notice and elect to have no federal income tax withheld.

    X_____
       owner's initials

☐ I have read the above notice and elect to have federal income tax withheld.

    X_____
       owner's initials

   % or Amount to be withheld: _____

If you need additional directions or assistance, please write our office for a copy of the W-4P withholding certificate.

Note: If you elect to withhold federal income tax, several states *require* that the Company also withhold state income tax.

In 1992, Congress passed a law which requires that a 20% tax be withheld from certain distributions from qualified plans. For such distributions, withholding is mandatory and you may not elect to have no tax withheld.

I declare that no bankruptcy proceedings are now pending.

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _____    on _____

          City and State                               (month, day, year)

Owner **X**_____      Soc. Sec. No. _____

         (Signature)           (Title, If Applicable)

New Owner, if applicable **X**_____      Soc. Sec. No. _____

         (Signature)           (Title, If Applicable)

Signature of Witness **X**_____      Other Required Signature **X**_____

         (If applicable)                         (If applicable)

**Genworth Life Insurance Company**
**Genworth Life and Annuity Insurance Company**

3100 Albert Lankford Dr.
P.O. Box 10720
Lynchburg, VA 24505-0720

March 6, 2007

00084
Stephen P Conlon
277 Birch St
Bristol, CT 06010

Stephen P Conlon
277 Birch St
Bristol, CT 06010

Re: Policy Number:     0000186679
    Insured:          Stephen P Conlon

Dear Stephen Conlon,

We were unable to process your recent request due to the following reason(s).

We require the complete date of signing, place of signing and policy owner's signature on the Policy Change Form - Part I to proceed with the request.

Enclosed is a new form to be completed, signed, dated and returned to our office for processing. Please note, no change will take effect until we receive a properly completed form, signed and dated, in our office.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 or fax us at 1-888-325-3299.

Sincerely,

DD
Customer Service

CC     G6005  American Brokerage Services Inc,      Paul A Heyman

Enclosure :  Policy Change Form Part One

**Genworth Life Insurance Company**
**Genworth Life and Annuity Insurance Company**

3100 Albert Lankford Dr.
P.O. Box 10720
Lynchburg, VA 24505-0720

March 20, 2007

00070
Stephen P Conlon
277 Birch St
Bristol, CT 06010

Stephen P Conlon
277 Birch St
Bristol, CT 06010



| Re: Policy Number: | 0000186679 |
|---|---|
| Insured: | Stephen P Conlon |

Dear Stephen Conlon,

We were unable to process your recent request due to the following reason(s).

The complete primary beneficiary designation must be indicated in the space provided for primary beneficiary. In case of lack of space, cross out the word "contingent" and continue the designation.

We are unable to accept altered forms. All changes must be initialed by the policy owner.

Enclosed is a new form to be completed, signed, dated and returned to our office for processing. Please note, no change will take effect until we receive a properly completed form, signed and dated, in our office.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 or fax us at 1-888-325-3299.

Sincerely,

SU
Customer Service

CC     G6005  American Brokerage Services Inc,     Paul A Heyman

Enclosure :   Policy Change Form Part One

# Policy Change Form - Part I

Genworth Life Insurance Company
Service Center
P.O. Box 10720
Lynchburg, VA 24506-0720
888 325.5433

Genworth Life and Annuity Insurance Company
Service Center
P.O. Box 10720
Lynchburg, VA 24506-0720
888 325.5433

Policy Change forms are provided for your convenience in handling routine transactions concerning your policy. Please read and follow instructions carefully to avoid delays in processing your request(s). If you have any questions, be sure to contact the Company's home or administrative office.

We will electronically scan this form. You will greatly facilitate processing by completing the form in black ink and writing any numerals in this numbering style: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10.

## INSTRUCTIONS – PART I

- To avoid errors, type or print all fill-in information. Alterations are unacceptable.

- Check the applicable block for each change.

- All signatures must be in ink; black ink is preferred.

- The owner must sign for all changes made after policy delivery.
    1. If the owner is a corporation, a senior officer other than the insured must sign and indicate title.
    2. If the owner is a partnership, a general partner must sign.
    3. If there is more than one owner, all owners must sign.

  In addition to the owner, the following must sign:
    1. An irrevocable beneficiary must sign for changes under Item 1, 3, 5, 6, and 7.
    2. A collateral assignee must sign for changes under Item 1, 5, 6, and 7.
    3. The signature of the owner's spouse may be required in community property states.
    4. The signature of a witness is required in the state of Massachusetts.

- Only the broker is required to sign when requesting a duplicate of a policy lost before delivery.

- A Change of Owner will be processed before any other change unless clearly indicated otherwise.

- For corporately-owned policies, a copy of the resolution of the board of directors will be required for loans and surrenders of $50,000 or more and for a change of ownership if the net cash surrender value of the policy is $50,000 or more.

## EXAMPLES OF DESIGNATIONS

For Beneficiary or Owner Designations, specify with detail:
- Full name(s)
- Birthdate (for individuals)
- Relationship to Insured (for individuals)
- Social Security Number or TIN
- Mailing Address

Example: "Insured's children: Claire Eleanor Ray (Social Security # 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), born 5/1/57, 2 High Point Street, Worchester, MA, and Eric Coulter Ray (Social Security # 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), born 1/6/63, 439 Raleigh Court, Boulder, CO." Example: "Kathryn T. McArthur Foundation, (TIN 23-1980403), 35 Fifth Street, Dover, NH."

## BENEFICIARY DESIGNATIONS

| Two or more to share equally | State "equally," or "50% to Jane Doe, 50% to John Doe." |
|---|---|
| Two or more to share in differing amounts | State amounts in percentages or fractions of the total amount to be paid. Example: "70% to Jane Doe, 30% to John Doe." |
| Irrevocable beneficiary | State "irrevocably designated beneficiary." |
| Estate of insured | State "The Executors or Administrators of the Insured" or "The Estate of the Insured." |
| Unnamed children (per capita) | State "children born of the marriage of John Doe and Jane Doe, equally." |
| Adopted children (per capita) | State "children born of the marriage of, or legally adopted by, John Doe and Jane Doe, equally." |
| Unnamed children (per stirpes) | State "children born of the marriage of John Doe and Jane Doe, per stirpes." |
| Trust | State "Trustee(s) _____ of _____ Trust under Trust Agreement dated _____." |
| Trustee under Last Will and Testament | State "The Trustee, or successors in trust, under the Last Will and Testament of the Insured, as admitted in probate; provided, however, should no petition for administration be granted or no Will containing such trust be admitted to probate within 90 days, the proceeds of this policy shall be paid to the Insured's Executors or Administrators." |
| Partnership | State "Anderson, Baker, and Cash, a partnership." |
| Sole proprietorship | State "Gary A. Glass, D/B/A The Glass Menagerie." |

## OWNER DESIGNATIONS

| Two or more Owners | Must state whether specified owners share jointly with right of survivorship or are tenants in common. |
|---|---|
| Trust | State "Trustee(s) _____ of _____ Trust under Trust Agreement dated _____." |
| Corporation | Specify name and address of corporation. State "its successors or assigns." |
| Partnership | State "Anderson, Baker, and Cash, a partnership." |
| Sole proprietorship | State "Gary A. Glass, D/B/A The Glass Menagerie." |

○ Genworth Life Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888 325.5433

○ Genworth Life and Annuity Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888 325.5433



**Please check (✔) appropriate company box.**

# POLICY CHANGE FORM – PART I

INSURED: Name _____  Date of Birth _____  Soc. Sec. No. _____
                        (Print)

OWNER:  Name _____  Date of Birth _____  Policy Number _____
                        (Print)

         Address _____  Daytime Phone _____

## ☐ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. *The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form.*

New Owner: (If more than one owner, specify which owner is to receive premium notices.) *Sample designations on Page 2.*

Primary: _____

_____

_____

Date of Birth: _____

Soc. Sec. No. or T.I.N.: _____

Mailing Address: _____

_____

**New Owner is:** ☐ Individual  ☐ Sole proprietorship
☐ Partnership  ☐ Corporation
☐ Trust (Give complete name of trust, date of trust agreement, and name(s) of the trustee(s).)

## ☐ 2. CHANGE NAME of
☐ Insured  ☐ Beneficiary  ☐ Owner  ☐ _____

From _____
To _____
Reason _____
NOTE: If reason is other than marriage or correction of spelling, attach copy of legal evidence.

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.**

## ☐ 3. CHANGE OF BENEFICIARY

I revoke all prior beneficiary designations and settlement option elections. I designate the following as beneficiaries under this policy: (Give full name, birthdate, relationship to insured, Soc. Sec. or T.I.N. and mailing address. Where possible, give individual names for all members of a class of beneficiaries. Do not list dollar amounts. Use percentage share or fraction. *Sample designations on Page 2.*) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation.

Primary: _____

_____

_____

_____

Contingent: _____

_____

_____

_____

_____

_____

The right to change the beneficiary is reserved to the owner, unless otherwise indicated.

## ☐ 4. OTHER CHANGE(S)

_____

_____

_____

_____

I declare that no bankruptcy proceedings are now pending.

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _____  on _____
                 City and State                          (month, day, year)

Owner X _____  Soc. Sec. No. _____
                 (Signature)          (Title, if Applicable)

New Owner, if applicable  X _____  Soc. Sec. No. _____
                 (Signature)          (Title, if Applicable)

Signature of Witness X _____  Other Required Signature X _____
                 (If applicable)                              (If applicable)

Form No. 505-02-3                           Page 3                                    1/2007

## POLICY CHANGE FORM – PART I

INSURED: Name _____  Date of Birth _____  Soc. Sec. No. _____

OWNER:  Name _____  Date of Birth _____  Policy Number _____

Address _____  Daytime Phone

### ☐ 5. POLICY LOAN

In consideration of the cash loan to be made by the Company indicated on Page 1 of this form (the Company), I assign this policy to the Company as sole security. Terms for interest and repayment of the loan are subject to the provisions of this policy. I request the loan amount and effective date as follows:

☐ Maximum preferred loan amount (available only with selected plans).

or

☐ Maximum loan amount available.

or

☐ $_____ cash (or maximum available, if less).

Effective date of loan: _____.
                          Month        Day
(if other than current date)

### ☐ 6. SURRENDER FOR CASH VALUE

☐ I surrender the attached policy with all claims thereunder for payment of the net cash surrender value.

NOTE: The policy must be returned.

☐ This policy was lost or destroyed. I surrender the insurance for payment of the net cash surrender value.

### ☐ 7. PARTIAL WITHDRAWAL

I elect to withdraw a portion of the net cash surrender value. The amount of payment is subject to any maximum and any minimum limits and other policy provisions. I request a partial withdrawal in the following amount:

$_____ cash (subject to policy provisions).

### INCOME TAX WITHHOLDING NOTICE AND ELECTION

Federal Law requires us to withhold 10% from the taxable portion of certain life insurance and/or annuity payments made to you. However, you can elect not to have any money withheld from such payments. Withholding applies only to the taxable portion of the payment you receive, not to the entire payment. In general, the taxable portion equals the extra amount you receive over the total net amount you paid (considered your cost basis). As owner:

- If you decide not to have the federal income tax withheld, you are still liable for payment of federal income tax on the taxable portion of this payment. You may be subject to tax penalties under the Estimated Tax Payment Rules if any payments of estimated tax and withholding are insufficient.
- *If you do not make a choice, the Company indicated on Page 3 of this form (the Company) will withhold 10% for federal income taxes from any taxable portion of your payment.*
- If your social security or tax I.D. number is not completed below, the Company may be required to withhold 31% or more from any taxable portion of the payment.
- Check (✔) the appropriate block and fill in your social security or tax I.D. number below.

  ☐ I have read the above notice and elect to have no federal income tax withheld.        X _____
                                                                                              owner's initials

  ☐ I have read the above notice and elect to have federal income tax withheld.            X _____
                                                                                              owner's initials
     % or Amount to be withheld: _____

If you need additional directions or assistance, please write our office for a copy of the W-4P withholding certificate.

Note: If you elect to withhold federal income tax, several states *require* that the Company also withhold state income tax.

In 1992, Congress passed a law which requires that a 20% tax be withheld from certain distributions from qualified plans. For such distributions, withholding is mandatory and you may not elect to have no tax withheld.

I declare that no bankruptcy proceedings are now pending.

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _____  on _____
                    City and State                              (month, day, year)

Owner _X_____   ,_____  Soc. Sec. No. _____
                  (Signature)        (Title, If Applicable)

New Owner, if applicable _X_____   ,_____  Soc. Sec. No. _____
                  (Signature)        (Title, If Applicable)

Signature of Witness _X_____   Other Required Signature _X_____
                  (If applicable)                              (If applicable)

FROM :STEPHEN                          FAX NO. :18602614255                Mar. 16 2007 11:43AM P1

○ Genworth Life Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888 325.5433

○ Genworth Life and Annuity Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888 325.5433

**Please check (✓) appropriate company box.**

## POLICY CHANGE FORM – PART I

INSURED: Name ___Stephen Patrick Conlon___  Date of Birth ___65___  Soc. Sec. No. ___-9772___
(Print)

OWNER: Name _____  Date of Birth _____  Policy Number _____
(Print)

Address _____  Daytime Phone _____

### ☐ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form.

New Owner: (If more than one owner, specify which owner is to receive premium notices.) Sample designations on Page 2.
Primary: _____
_____
_____

Date of Birth: _____
Soc. Sec. No. or T.I.N.: _____
Mailing Address: _____

New Owner is:   ☐ Individual        ☐ Sole proprietorship
☐ Partnership   ☐ Corporation
☐ Trust (Give complete name of trust, date of trust agreement, and name(s) of the trustee(s).)

### ☐ 2. CHANGE NAME of:

☐ Insured   ☐ Beneficiary   ☐ Owner   ☐ _____
From _____
To _____
Reason _____
NOTE: If reason is other than marriage or correction of spelling, attach copy of legal evidence.

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.**

### ☑ 3. CHANGE OF BENEFICIARY

I revoke all prior beneficiary designations and settlement option elections. I designate the following as beneficiaries under this policy: (Give full name, birthdate, relationship to insured, Soc. Sec. or T.I.N. and mailing address. Where possible, give individual names for all members of a class of beneficiaries. Do not list dollar amounts. Use percentage or share or fraction. Sample designations on Page 2.) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation.

Primary: ___70% designation___
___LAURA CONLON___  ___6493___
___/71, wife, 277 BIRCH ST, BRISTOL, CT___
___06010___

Contingent: ___Shared equally @ 15% each___
___Stephen Patrick Conlon  1___  ___85, Son___
* ___2___  ___5557, 277 Birch St  Bristol CT___
___06010___

___Caitlin Marie Conlon  1___  ___87, daughter___
* ___7022, 277 Birch St, Bristol CT___
___06010___

The right to change the beneficiary is reserved to the owner, unless otherwise indicated.

### ☐ 4. OTHER CHANGE(S)

_____
_____
_____
_____

---

I declare that no bankruptcy proceedings are now pending.
I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at ___BRISTOL  CT___  on ___3/16/07___ (month, day, year)
City and State

Owner X ___Stephen P Conlon___     ___SR.___  Soc. Sec. No. ___9772___
(Signature)                          (Title, if Applicable)

New Owner, if applicable ... X _____     Soc. Sec. No. _____
(Signature)                          (Title, if Applicable)

Signature of Witness X _____  Other Required Signature X _____
(If applicable)                                              (If applicable)

Page 3

Form No. 505-02-3                                                    1/2007

○ Genworth Life Insurance Company
Service Center
PO Box 10720 • Lynchburg, VA 24506-0720
888 325 5433

○ Genworth Life and Annuity Insurance Company
Service Center
PO Box 10720 • Lynchburg, VA 24506-0720
888 325 5433



**Please check (✔) appropriate company box**

## POLICY CHANGE FORM – PART I

INSURED Name *Stephen P. Conln.* Date of Birth ▮▮▮▮ ─GS Soc Sec No ▮▮▮▮ ▮-97 7ϩ
(Print)

OWNER Name _____ Date of Birth _____ Policy Number _____
(Print)

Address _____ Daytime Phone _____

### ☐ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form

New Owner (If more than one owner, specify which owner is to receive premium notices) Sample designations on Page 2
Primary _____
_____
_____

Date of Birth _____
Soc Sec No or TIN _____
Mailing Address _____

**New Owner is:** ☐ Individual ☐ Sole proprietorship
☐ Partnership ☐ Corporation
☐ Trust (Give complete name of trust date of trust agreement, and name(s) of the trustee(s))

### ☐ 2. CHANGE NAME of:

☐ Insured ☐ Beneficiary ☐ Owner ☐ _____
From _____
To _____
Reason _____
NOTE If reason is other than marriage or correction of spelling, attach copy of legal evidence

If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.

### ☑ 3. CHANGE OF BENEFICIARY.

I revoke all prior beneficiary designations and settlement option elections I designate the following as beneficiaries under this policy (Give full name, birthdate, relationship to insured, Soc Sec or TIN and mailing address Where possible, give individual names for all members of a class of beneficiaries Do not list dollar amounts Use percentage share or fraction Sample designations on Page 2) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation

Primary *LAURA CONLON* 60%
▮▮▮ -6493
*Stephen Patrick Conlon* 20%
▮▮▮-5557 ▮-8/85
*Caitlin Conlon* 70°/-
▮▮▮ -7072 ▮-87

Contingent _____
_____
_____

*CLIENT SERVICES*

*FEB 26 2007*

The right to change the beneficiary is reserved to the owner, unless otherwise indicated

### ☐ 4. OTHER CHANGE(S)
_____
_____
_____
_____

---

I declare that no bankruptcy proceedings are now pending

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding

Signed at _____ on _____
City and State (month, day, year)

Owner X *Stephen Con* _____ Soc Sec N ▮▮▮ -9772
(Signature) (Title If Applicable)

New Owner, if applicable X _____ Soc Sec No _____
(Signature) (Title If Applicable)

Signature of Witness X _____ Other Required Signature X _____
(If applicable) (If applicable)

## POLICY CHANGE FORM – PART I

INSURED  Name _____  Date of Birth _____ Soc Sec No _____

OWNER  Name _____  Date of Birth _____ Policy Number _____

Address _____  Daytime Phone _____

---

### ☐ 5. POLICY LOAN

In consideration of the cash loan to be made by the Company indicated on Page 1 of this form (the Company), I assign this policy to the Company as sole security  Terms for interest and repayment of the loan are subject to the provisions of this policy  I request the loan amount and effective date as follows

☐ Maximum preferred loan amount (available only with selected plans)

or

☐ Maximum loan amount available

or

☐ $_____ cash (or maximum available, if less)

Effective date of loan _____
　　　　　　　　　　　　　Month　　　　Day
(if other than current date)

### ☐ 6. SURRENDER FOR CASH VALUE

☐ I surrender the attached policy with all claims thereunder for payment of the net cash surrender value

　NOTE  The policy must be returned

☐ This policy was lost or destroyed  I surrender the insurance for payment of the net cash surrender value

### ☐ 7. PARTIAL WITHDRAWAL

I elect to withdraw a portion of the net cash surrender value  The amount of payment is subject to any maximum and any minimum limits and other policy provisions  I request a partial withdrawal in the following amount

$_____ cash (subject to policy provisions)

---

### INCOME TAX WITHHOLDING NOTICE AND ELECTION

Federal Law requires us to withhold 10% from the taxable portion of certain life insurance and/or annuity payments made to you  However, you can elect not to have any money withheld from such payments  Withholding applies only to the taxable portion of the payment you receive, not to the entire payment  In general, the taxable portion equals the extra amount you receive over the total net amount you paid (considered your cost basis)  As owner

- If you decide not to have the federal income tax withheld, you are still liable for payment of federal income tax on the taxable portion of this payment  You may be subject to tax penalties under the Estimated Tax Payment Rules if any payments of estimated tax and withholding are insufficient

- *If you do not make a choice, the Company indicated on Page 3 of this form (the Company) will withhold 10% for federal income taxes from any taxable portion of your payment*

- If your social security or tax I D  number is not completed below, the Company may be required to withhold 31% or more from any taxable portion  of the payment

- Check (✔) the appropriate block and fill in your social security or tax I D  number below

　☐ I have read the above notice and elect to have no federal income tax withheld　　　　X_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　owner s initials

　☐ I have read the above notice and elect to have federal income tax withheld　　　　　X_____
　　% or Amount to be withheld _____　　　　　　　　　　　　　　　owner s initials

If you need additional directions or assistance, please write our office for a copy of the W-4P withholding certificate

Note  If you elect to withhold federal income tax, several states *require* that the Company also withhold state income tax

In 1992, Congress passed a law which requires that a 20% tax be withheld from certain distributions from qualified plans  For such distributions, withholding is mandatory and you may not elect to have no tax withheld

---

I declare that no bankruptcy proceedings are now pending

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief  I am not subject to backup withholding

Signed at _____ on _____
　　　　　　　　　City and State　　　　　　　　　　　　　　　(month  day  year)

Owner  X _____　_____ Soc Sec No _____
　　　　　　　(Signature)　　　　　　(Title, if Applicable)

New Owner, if applicable  X _____　_____ Soc Sec No _____
　　　　　　　　　　　　(Signature)　　　　(Title, if Applicable)

Signature of Witness  X _____ Other Required Signature ___ X _____
　　　　　　　　　(if applicable)　　　　　　　　　　　　　　　　　　　(if applicable)

○ **Genworth Life Insurance Company**
Service Center
PO Box 513 • Lynchburg, VA 24505-0513
(800) 221-9501

○ **First Colony Life Insurance Company**
Home Office
PO Box 1280 • Lynchburg, VA 24505-1280
(888) 325-5433



**Please check (✔) appropriate company box.**

## POLICY CHANGE FORM – PART I

INSURED Name __Stephen___ Conlon___  Date of Birth [____] -65 Soc Sec No [____] -9772
　　　　　(Print)

OWNER Name _____  Date of Birth _____ Policy Number __186679__
　　　　　(Print)

Address _____  Daytime Phone _____

---

### ☐ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form

New Owner (If more than one owner, specify which owner is to receive premium notices.) Sample designations on Page 2

Primary _____

CLIENT SERVICES

Date of Birth _____ JAN 30 2007
Soc Sec No or T I N _____
Mailing Address _____

RECEIVED

**New Owner is:** ☐ Individual ☐ Sole proprietorship
☐ Partnership ☐ Corporation
☐ Trust (Give complete name of trust, date of trust agreement, and name(s) of the trustee(s) )

### ☐ 2. CHANGE NAME of:

☐ Insured ☐ Beneficiary ☐ Owner ☐ _____
From _____
To _____
Reason _____
NOTE If reason is other than marriage or correction of spelling, attach copy of legal evidence

---

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.**

---

### ☑ 3. CHANGE OF BENEFICIARY

I revoke all prior beneficiary designations and settlement option elections I designate the following as beneficiaries under this policy (Give full name, birthdate, relationship to insured, Soc Sec or T I N and mailing address Where possible, give individual names for all members of a class of beneficiaries Do not list dollar amounts Use percentage share or fraction Sample designations on Page 2) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation

Primary _Laura Conlon = my wife_
　　　$350,000

Additions:

Contingent _Patrick Conlon (Stephen)Jr_
_Caitlin Conlon_
_= my children each get $75,000 each_

_Stephen Patrick Conlon SS#_ [____] -85
_Caitlin Marie Conlon SS#:_ [____] -67

The right to change the beneficiary is reserved to the owner, unless otherwise indicated

### ☐ 4. OTHER CHANGE(S)

_____
_____
_____
_____
_____

---

I declare that no bankruptcy proceedings are now pending

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief I am not subject to backup withholding

Signed at __Bristol___ CT___ on __Jan 26 2007__
　　　City and State　　　　　　　　　　　　　　(month day year)

Owner X __Stephen P Conlon__ _____ Soc Sec No _____
　　　(Signature)　　　　(Title if Applicable)

New Owner, if applicable X _____ _____ Soc Sec No _____
　　　(Signature)　　　　(Title if Applicable)

Signature of Witness X _____ Other Required Signature X _____
　　　(If applicable)　　　　　　　　　　(If applicable)

Form No 505-02-3　　　　　　　　　Page 3　　　　　　　　　1/2006

## POLICY CHANGE FORM – PART I

INSURED Name _____ Date of Birth _____ Soc Sec No _____

OWNER  Name _____ Date of Birth _____ Policy Number _____

Address _____ Daytime Phone _____

### ☐ 5. POLICY LOAN

In consideration of the cash loan to be made by the Company indicated on Page 1 of this form (the Company), I assign this policy to the Company as sole security Terms for interest and repayment of the loan are subject to the provisions of this policy I request the loan amount and effective date as follows

☐ Maximum preferred loan amount (available only with selected plans)

or

☐ Maximum loan amount available

or

☐ $_____ cash (or maximum available, if less)

Effective date of loan _____
Month    Day

(if other than current date)

### ☐ 6. SURRENDER FOR CASH VALUE

☐ I surrender the attached policy with all claims thereunder for payment of the net cash surrender value

NOTE  The policy must be returned

☐ This policy was lost or destroyed  I surrender the insurance for payment of the net cash surrender value

### ☐ 7. PARTIAL WITHDRAWAL

I elect to withdraw a portion of the net cash surrender value  The amount of payment is subject to any maximum and any minimum limits and other policy provisions  I request a partial withdrawal in the following amount

$_____ cash (subject to policy provisions)

## INCOME TAX WITHHOLDING NOTICE AND ELECTION

Federal Law requires us to withhold 10% from the taxable portion of certain life insurance and/or annuity payments made to you  However, you can elect not to have any money withheld from such payments  Withholding applies only to the taxable portion of the payment you receive, not to the entire payment  In general, the taxable portion equals the extra amount you receive over the total net amount you paid (considered your cost basis)

As owner

- If you decide not to have the federal income tax withheld, you are still liable for payment of federal income tax on the taxable portion of this payment  You may be subject to tax penalties under the Estimated Tax Payment Rules if any payments of estimated tax and withholding are insufficient

- *If you do not make a choice, the Company indicated on Page 3 of this form (the Company) will withhold 10% for federal income taxes from any taxable portion of your payment*

- If your social security or tax I D  number is not completed below, the Company may be required to withhold 31% or more from any taxable portion  of the payment

- Check (✔) the appropriate block and fill in your social security or tax I D  number below

  ☐ I have read the above notice and elect to have no federal income tax withheld        X_____
  owner's initials

  ☐ I have read the above notice and elect to have federal income tax withheld        X_____
  % or Amount to be withheld _____        owner's initials

If you need additional directions or assistance, please write our office for a copy of the W-4P withholding certificate

Note  If you elect to withhold federal income tax, several states *require* that the Company also withhold state income tax

In 1992, Congress passed a law which requires that a 20% tax be withheld from certain distributions from qualified plans  For such distributions, withholding is mandatory and you may not elect to have no tax withheld

---

I declare that no bankruptcy proceedings are now pending

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief  I am not subject to backup withholding

Signed at _____ on _____
City and State                                    (month, day, year)

Owner _X_____ , _____ Soc Sec No _____
(Signature)                    (Title, If Applicable)

New Owner, if applicable _X_____ , _____ Soc Sec No _____
(Signature)                    (Title, If Applicable)

Signature of Witness _X_____ Other Required Signature _X_____
(If applicable)                    (If applicable)

Form No  505-02-3                    Page 4                    1/2006

**Genworth Life Insurance Company**
**First Colony Life Insurance Company**

3100 Albert Lankford Dr.
P.O. Box 1280
Lynchburg, VA 24505-1280

September 8, 2006



Stephen P Conlon
277 Birch St
Bristol, CT 06010

Re: Policy Number:    0000186679
    Insured:          Stephen P Conlon

Dear Stephen Conlon,

We were unable to process your recent request due to the following reason(s).

We could not distinguish what you were trying to complete. Please either refax the form you sent to us or complete the new form enclosed. We apologize for any inconvenience this has caused you.

Enclosed is a new form to be completed, signed, dated and returned to our office for processing. Please note, no change will take effect until we receive a properly completed form, signed and dated, in our office. Please complete section 3 for beneficiary.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 or fax us at 1-888-325-3299.

Sincerely,

Danielle Brown
Customer Service

CC      G6005  American Brokerage Services Inc,      Paul A Heyman

Enclosure :  Policy Change Form Part One

**Genworth Life Insurance Company**
**First Colony Life Insurance Company**

3100 Albert Lankford Dr.
P.O. Box 1280
Lynchburg, VA 24505-1280

September 8, 2006

00071
Stephen P Conlon
277 Birch St
Bristol, CT 06010



Stephen P Conlon
277 Birch St
Bristol, CT 06010

Re: Policy Number:     0000186679
    Insured:          Stephen P Conlon

Dear Stephen Conlon,

We were unable to process your recent request due to the following reason(s).

We could not distinguish what you were trying to complete. Please either refax the form you sent to us or complete the new form enclosed. We apologize for any inconvenience this has caused you.

Enclosed is a new form to be completed, signed, dated and returned to our office for processing. Please note, no change will take effect until we receive a properly completed form, signed and dated, in our office. Please complete section 3 for beneficiary.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 or fax us at 1-888-325-3299.

Sincerely,

Danielle Brown
Customer Service

CC     G6005  American Brokerage Services Inc,      Paul A Heyman

Enclosure :  Policy Change Form Part One

# *Policy Change Form - Part I*

**Genworth Life Insurance Company**
*Service Center*
*P.O. Box 513 • Lynchburg, VA 24505-0513 • (800) 221-9501*

**First Colony Life Insurance Company**
*Home Office*
*P.O. Box 1280 • Lynchburg, VA 24505-1280 • (888) 325-5433*

Policy Change forms are provided for your convenience in handling routine transactions concerning your policy. Please read and follow instructions carefully to avoid delays in processing your request(s). If you have any questions, be sure to contact the Company's home or administrative office.

We will electronically scan this form. You will greatly facilitate processing by completing the form in black ink and writing any numerals in this numbering style: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10.

## INSTRUCTIONS – PART I

- To avoid errors, type or print all fill-in information. Alterations are unacceptable.

- Check the applicable block for each change.

- All signatures must be in ink; black ink is preferred.

- The owner must sign for all changes made after policy delivery.
    1. If the owner is a corporation, a senior officer other than the insured must sign and indicate title.
    2. If the owner is a partnership, a general partner must sign.
    3. If there is more than one owner, all owners must sign.

  In addition to the owner, the following must sign:
    1. An irrevocable beneficiary must sign for changes under Item 1, 3, 5, 6, and 7.
    2. A collateral assignee must sign for changes under Item 1, 5, 6, and 7.
    3. The signature of the owner's spouse may be required in community property states.
    4. The signature of a witness is required in the state of Massachusetts.

- Only the broker is required to sign when requesting a duplicate of a policy lost before delivery.

- A Change of Owner will be processed before any other change unless clearly indicated otherwise.

- For corporately-owned policies, a copy of the resolution of the board of directors will be required for loans and surrenders of $50,000 or more and for a change of ownership if the net cash surrender value of the policy is $50,000 or more.

## EXAMPLES OF DESIGNATIONS

For Beneficiary or Owner Designations, specify with detail:
- Full name(s)
- Birthdate (for individuals)
- Relationship to Insured (for individuals)
- Social Security Number or TIN
- Mailing Address

Example: "Insured's children: Claire Eleanor Ray (Social Security # 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), born 5/1/57, 2 High Point Street, Worchester, MA, and Eric Coulter Ray (Social Security # 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), born 1/6/63, 439 Raleigh Court, Boulder, CO." Example: "Kathryn I. McArthur Foundation, (TIN 23-1980403), 35 Fifth Street, Dover, NH."

## BENEFICIARY DESIGNATIONS

| | |
|---|---|
| **Two or more to share equally** | State "equally," or "50% to Jane Doe, 50% to John Doe." |
| **Two or more to share in differing amounts** | State amounts in percentages or fractions of the total amount to be paid. Example: "70% to Jane Doe, 30% to John Doe." |
| **Irrevocable beneficiary** | State "irrevocably designated beneficiary." |
| **Estate of insured** | State "The Executors or Administrators of the Insured" or "The Estate of the Insured." |
| **Unnamed children (per capita)** | State "children born of the marriage of John Doe and Jane Doe, equally." |
| **Adopted children (per capita)** | State "children born of the marriage of, or legally adopted by, John Doe and Jane Doe, equally." |
| **Unnamed children (per stirpes)** | State "children born of the marriage of John Doe and Jane Doe, per stirpes." |
| **Trust** | State "Trustee(s) _____ of _____ Trust under Trust Agreement dated _____." |
| **Trustee under Last Will and Testament** | State "The Trustee, or successors in trust, under the Last Will and Testament of the Insured, as admitted in probate; provided, however, should no petition for administration be granted or no Will containing such trust be admitted to probate within 90 days, the proceeds of this policy shall be paid to the Insured's Executors or Administrators." |
| **Partnership** | State "Anderson, Baker, and Cash, a partnership." |
| **Sole proprietorship** | State "Gary A. Glass, D/B/A The Glass Menagerie." |

## OWNER DESIGNATIONS

| | |
|---|---|
| **Two or more Owners** | Must state whether specified owners share jointly with right of survivorship or are tenants in common. |
| **Trust** | State "Trustee(s) _____ of _____ Trust under Trust Agreement dated _____." |
| **Corporation** | Specify name and address of corporation. State "its successors or assigns." |
| **Partnership** | State "Anderson, Baker, and Cash, a partnership." |
| **Sole proprietorship** | State "Gary A. Glass, D/B/A The Glass Menagerie." |

○ **Genworth Life Insurance Company**
Service Center
P.O. Box 513 • Lynchburg, VA 24505-0513
(800) 221-9501

○ **First Colony Life Insurance Company**
Home Office
P.O. Box 1280 • Lynchburg, VA 24505-1280
(888) 325-5433



Please check (✔) appropriate company box.

## POLICY CHANGE FORM – PART I

INSURED: Name _____ Date of Birth _____ Soc. Sec. No. _____
                         (Print)

OWNER:  Name _____ Date of Birth _____ Policy Number _____
                         (Print)

           Address _____ Daytime Phone _____

### □ 1. CHANGE OF OWNER

All incidents of ownership in this policy are absolutely assigned to the new owner. *The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form.*

New Owner: (If more than one owner, specify which owner is to receive premium notices.) *Sample designations on Page 2.*
Primary: _____
_____
_____

Date of Birth: _____
Soc. Sec. No. or T.I.N.: _____
Mailing Address: _____
_____

**New Owner is:**   □ Individual      □ Sole proprietorship
□ Partnership       □ Corporation
□ Trust (Give complete name of trust, date of trust
    agreement, and name(s) of the trustee(s).)

### □ 2. CHANGE NAME of:

□ Insured   □ Beneficiary   □ Owner   □ _____
From _____
To _____
Reason _____
NOTE: If reason is other than marriage or correction of spelling, attach copy of legal evidence.

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.**

### □ 3. CHANGE OF BENEFICIARY

I revoke all prior beneficiary designations and settlement option elections. I designate the following as beneficiaries under this policy: (Give full name, birthdate, relationship to insured, Soc. Sec. or T.I.N. and mailing address. Where possible, give individual names for all members of a class of beneficiaries. Do not list dollar amounts. Use percentage share or fraction. *Sample designations on Page 2.*) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation.

Primary: _____
_____
_____
_____
_____

Contingent: _____
_____
_____
_____
_____
_____
_____

The right to change the beneficiary is reserved to the owner, unless otherwise indicated.

### □ 4. OTHER CHANGE(S)

_____
_____
_____
_____

I declare that no bankruptcy proceedings are now pending.
I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _____   on _____
                 City and State                                    (month, day, year)

Owner X _____        Soc. Sec. No. _____
                    (Signature)              (Title, if Applicable)

New Owner, if applicable  X _____        Soc. Sec. No. _____
                                   (Signature)              (Title, if Applicable)

Signature of Witness X _____ Other Required Signature X _____
                              (If applicable)                                                (If applicable)

Form No. 505-02-3                                    Page 3                                    1/2006

## POLICY CHANGE FORM – PART I

INSURED: Name _____ Date of Birth _____ Soc. Sec. No. _____

OWNER: Name _____ Date of Birth _____ Policy Number _____

Address _____ Daytime Phone

---

### ☐ 5. POLICY LOAN

In consideration of the cash loan to be made by the Company indicated on Page 1 of this form (the Company), I assign this policy to the Company as sole security. Terms for interest and repayment of the loan are subject to the provisions of this policy. I request the loan amount and effective date as follows:

☐ Maximum preferred loan amount (available only with selected plans).

or

☐ Maximum loan amount available.

or

☐ $_____ cash (or maximum available, if less).

Effective date of loan: _____ .
                          Month      Day
(if other than current date)

---

### ☐ 6. SURRENDER FOR CASH VALUE

☐ I surrender the attached policy with all claims thereunder for payment of the net cash surrender value.
NOTE: The policy must be returned.

☐ This policy was lost or destroyed. I surrender the insurance for payment of the net cash surrender value.

---

### ☐ 7. PARTIAL WITHDRAWAL

I elect to withdraw a portion of the net cash surrender value. The amount of payment is subject to any maximum and any minimum limits and other policy provisions. I request a partial withdrawal in the following amount:

$_____ cash (subject to policy provisions).

---

## INCOME TAX WITHHOLDING NOTICE AND ELECTION

Federal Law requires us to withhold 10% from the taxable portion of certain life insurance and/or annuity payments made to you. However, you can elect not to have any money withheld from such payments. Withholding applies only to the taxable portion of the payment you receive, not to the entire payment. In general, the taxable portion equals the extra amount you receive over the total net amount you paid (considered your cost basis). As owner:

• If you decide not to have the federal income tax withheld, you are still liable for payment of federal income tax on the taxable portion of this payment. You may be subject to tax penalties under the Estimated Tax Payment Rules if any payments of estimated tax and withholding are insufficient.

• *If you do not make a choice, the Company indicated on Page 3 of this form (the Company) will withhold 10% for federal income taxes from any taxable portion of your payment.*

• If your social security or tax I.D. number is not completed below, the Company may be required to withhold 31% or more from any taxable portion of the payment.

• Check (✔) the appropriate block and fill in your social security or tax I.D. number below.

☐ I have read the above notice and elect to have no federal income tax withheld.
              X_____
                 owner's initials

☐ I have read the above notice and elect to have federal income tax withheld.
              X_____
                 owner's initials
   % or Amount to be withheld: _____

If you need additional directions or assistance, please write our office for a copy of the W-4P withholding certificate.

Note: If you elect to withhold federal income tax, several states *require* that the Company also withhold state income tax.

In 1992, Congress passed a law which requires that a 20% tax be withheld from certain distributions from qualified plans. For such distributions, withholding is mandatory and you may not elect to have no tax withheld.

---

I declare that no bankruptcy proceedings are now pending.

I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _____ on _____
               City and State                              (month, day, year)

Owner X_____ '_____ Soc. Sec. No. _____
          {Signature}           {Title, If Applicable}

New Owner, if applicable X_____ '_____ Soc. Sec. No. _____
          {Signature}           {Title, If Applicable}

Signature of Witness X_____ Other Required Signature X_____
          {If applicable}                        (If applicable)

p. 1

○ **Genworth Life Insurance Company**
〜⋯ ⋯ Center
+ ⌐ Box 51ּ + ِ⌐⋯⋯ ِ⌐ VA ַ4765 90ּ5
(800) 221 450ּ1

⊃ **First Colony Life Insurance Company**
Home Office
PC Box 1791 + ِ⋯⋯ِ⌐urg VA 24505 1330
888 325 5451

|||||||||| barcode

Please check (✓) appropriate company box

**POLICY CHANGE FORM – PART 1**

Name of Insured  Straher & Color ⋯⋯ ⋯ ⋯ Policy no b h  ⋯ Sec Sec No ⋯⋯ ⋯⋯ - 9772

Owner's Name ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ Policy no b h  ⋯ ⋯ 5 ⋯ Telephone no  186679

Add⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ Daytime Ph ⋯⋯

---

**☐ 1  CHANGE OF OWNER**

[faded illegible paragraph text]

**CLIENT SERVICES**

**AUG 2 8 2006**

**RECEIVED**

New Owner is  ☐ Individual  ☐ Sole Proprietorship
☐ Partnership  ☐ Corporation
☐ Trust (name and title of trust and date of trust agreement and title of trust stated )

---

**☐ 2.  CHANGE NAME of.**

☐ Insured  ☐ Beneficiary  ☐ Owner  ☐ ⋯⋯⋯

From ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
To ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
Reason ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
Note: [faded] copy of legal proof req'd.

---

**If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract**

---

**☒ 3  CHANGE OF BENEFICIARY**

I revoke all prior beneficiary designations and settlement [faded] and I designate the following as heir and [faded] determine [faded text, multiple illegible lines]

Primary:

| Name | | % |
|---|---|---|
| Laura mit⋯ — Conlon | 71 | 70% |
| Stephen Patrick Conlon | 185 | 15% |
| Carlin mane Conlon | 183 | 15% |
| | | (535 7) |

Contingent:

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

The ⋯ of the beneficiary is not included in a change of beneficiary ⋯⋯ required

---

**☐ 4.  OTHER CHANGE(S)**

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯
⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

---

I declare that to the [faded text line]

I certify [faded] penalty the foregoing statements and answers give ⋯ to change full and true ⋯ [faded] evidence in the policy contract as of both I have received and to seek my decision.

Signed ⋯⋯ B&IS tRL ⋯⋯ G5 ⋯⋯⋯⋯⋯⋯⋯⋯⋯ 3/7/00

Owner X ⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯ Occ Sec tr ⋯⋯⋯

New Owner ⋯ n⋯ ⋯ X⋯⋯⋯⋯⋯ ⋯⋯⋯ Sor ⋯⋯⋯

Signature of Witness  X ⋯⋯⋯⋯⋯⋯ other Required Signature  X⋯⋯⋯⋯⋯

Form No. 505 C⋯   ⋯⋯   Page 1   ⋯⋯   ⋯⋯ 700.