Genworth Life Insurance Company
Genworth Life and Annuity Insurance Company

3100 Albert Lankford Dr.
P.O. Box 10720
Lynchburg, VA 24506-0720

August 19, 2008

Stephen P Conlon
277 Birch St
Bristol, CT 06010

00064
Stephen P Conlon
277 Birch St
Bristol, CT 06010



Policy Number:   0000186679
Insured:         Stephen P Conlon

Dear Stephen Conlon,

We have received your request to change the beneficiary on this contract(s).

We are pleased to inform you that the change is complete and we have changed previous beneficiary designations as you requested. Our records now show:

Primary Beneficiary:
Stephen P Conlon 25%
Cartlin M Conlon 25%
Maddison A Conlon 50%

We need the following information about the beneficiary to complete our records.

- Date of birth:
- Social Security Number:
- Mailing Address:

Please put this letter with your contract to reflect your records updated.

If you have any questions, or if we may be of further assistance, please do not hesitate to contact us toll-free at 1-888-325-5433 and our fax number is 1-888-325-3299.

Policy Number: 0000186679

Page 2 of 2

Sincerely,

SG
Customer Service

CC     G6005   American Brokerage Services Inc,     Paul A Heyman