| DISSOLUTION OF MARRIAGE (DIVORCE) JUDGMENT<br>JD-FM-177 Rev. 12-05<br>P.B. §§ 6-2 through 6-5, 17-4, 17-9, 17-43, 25-38 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | COURT USE ONLY -- JFILE |
|---|---|---|

INSTRUCTIONS: Type or print with black ink and file with the Court Clerk within 60 days of the judgment

| Judicial District of<br>**New Britain** | At (Town)<br>**New Britain** | Docket No.<br>**HHBFA084018126S** |
|---|---|---|
| Name of Judge<br>**Linda P. Prestley, J** | | Date of Judgment<br>**10/30/2008** |
| Plaintiff's Name (Last, first, middle initial)<br>**CONLON, STEPHEN** | | Defendant's Name (Last, first, middle initial)<br>**MIELE-CONLON, LAURA** |
| Plaintiff's Address<br>**Bristol, CT** | | Defendant's Address<br>**Bristol, CT** |

1. A complaint asking for a dissolution of marriage (divorce) and other relief was filed in this court with a return date of: **7/22/2008**
2. Status Of Case: **Defendant filed an appearance.**
3. The Court in this case heard the evidence and finds the following:
   The wife, **Laura Miele**, married the husband, **STEPHEN CONLON** on **4/25/2006** at Key West, FL
4. **The husband has lived in Connecticut for at least twelve months immediately before the filing of the divorce complaint or before the divorce will become final.**
5. A divorce is granted based on the **Complaint** because: **The Marriage has broken down irretrievably and there is no possibility of getting back together.**
6. Check all that apply:

   ☐ No children were born to the wife after the date of this marriage.

   ☐ There are no children of this marriage under the age of 23.

   ☑ The following children have been born to the wife or have been adopted before, on, or after the date of this marriage and the husband is the father/adoptive father:

| Name Of Child (First, Middle, Last) | Date Of Birth (mm/dd/yyyy) |
|---|---|
| M▓▓ C▓▓ | ▓▓/2007 |

   ☐ The following children were born after the marriage and are not children of the husband:

7. ☑ (Check if it applies) The Court finds that the agreement between the parties is fair and equitable.

Based on these facts, the Court hereby dissolves the marriage of the parties and declares each party to be single and unmarried. The Court further orders:

- [x] The written agreement between the parties dated **10/30/2008** is attached and its terms are incorporated by reference.
- [ ] Sole custody to
- [ ] Joint legal custody to and
- [ ] Primary residence with:
- [ ] Visitation as follows:
- [ ] Alimony payable to:
      Amount: $ to terminate at
- [ ] Child support as follows:
    - [ ] Payable through the State of Connecticut
- [x] Medical insurance coverage as follows: **Both parties shall provide medical/ dental through their place of employment for the benefit of the minor child or pursue the Husky Plan.**
- [ ] Immediate income withholding *(See Notice to Nonappearing Obligor of Income Withholding Order, JD-FM-70, if defendant has not filed an appearance)*
- [ ] Contingent income withholding
- [ ] Regarding educational support orders, pursuant to Connecticut General Statutes § 46b-56c:
- [x] The name of the **Plaintiff** is restored to **Laura Miele**
- [ ] Other:

*Notice as directed by the judicial authority must be given to parties who have not filed an appearance, of any order for support or alimony. No such order shall be effective until the order of notice has been complied with or the nonappearing party has actually received notice of such order (P.B. § Sec. 25-29)*

| BY THE COURT (Full name of Judge) | SIGNED (Judge/Assistant Clerk) | Print Name of Person Signing At Left | Date of Judgment: |
|---|---|---|---|
| Linda P. Prestley, J | *Damon A. Goldstein* | Damon A. Goldstein | 10/30/2008 |

**Attorney Certification:**
*(Completed by attorneys only if both the plaintiff and defendant were represented by attorneys)*

| I hereby certify that the foregoing judgment file conforms to the judgment entered by the court. | | | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY | PRINT NAME | | DATE SIGNED |
| DEFENDANT'S ATTORNEY | PRINT NAME | | DATE SIGNED |

Subsequently modified on
5-14-10 AND 12-2-10

**STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL DISTRICT OF
NEW BRITAIN**

AUG 08 2013

**CERTIFIED COPY
SEAL AFFIXED**
BY _____ CLERK

REBECCA R. SCHMITT
ASSISTANT CLERK