DocuSign Envelope ID: A2052343-9645-45B5-AD8A-6A01A7537974



Genworth Life and Annuity
Genworth Life
Genworth Life of New York
P.O. Box 40016
Lynchburg, VA 24506-4016
Tel: 888 325.5433
Fax: 888 325.3299

# Beneficiary designation request for life insurance policies

from Genworth Life and Annuity Insurance Company, Genworth Life Insurance Company and Genworth Life Insurance Company of New York[†]

[†]Only Genworth Life Insurance Company of New York is licensed in New York.

Page **1** of 2

## Section I – Policy information

| **Policy number** 0000186679 | | | |
|---|---|---|---|
| **Insured** Name: Stephen P Conlon | **Insured** Birth Date: /1965 | **Insured** SSN: | **Insured** Telephone Number: |
| **Insured** Mailing Address: 7736 BURHOLME AVE, PHILADELPHIA, PA, 191112413 | **Insured** Email Address: stevepconlon65@gmail.com | | |
| **Owner** Name: Stephen P Conlon | **Owner** birth date: 1965 | **Owner** SSN: | **Owner** Telephone Number: |
| **Owner** Mailing Address: 7736 BURHOLME AVE, PHILADELPHIA, PA, 191112413 | **Owner** Email Address: stevepconlon65@gmail.com | | |

## Section II – Beneficiary designation

All beneficiary changes MUST include the designation of a Primary beneficiary. Even if you only want to change the Contingent beneficiary, you must restate the Primary beneficiary in the Primary beneficiary section. **Designations must be made in percentages. If not stated, designations will be made in equal shares.**

| # | **Primary beneficiary** full legal name | Birth date/trust date | SSN/TIN | Percent |
|---|---|---|---|---|
| 1. | Caitlin M Conlon | 1987 | 7072 | 100 |
|    | Mailing Address: 2263 south west 37th ave apt 739, Miami, FL, 33145 | Relationship to Insured: Child | Telephone Number: 3476240740 | |
| 2. | **Primary beneficiary** full legal name | Birth date/trust date | SSN/TIN | Percent |
|    | Mailing Address | Relationship to Insured | Telephone Number | |
| 3. | **Primary beneficiary** full legal name | Birth date/trust date | SSN/TIN | Percent |
|    | Mailing Address | Relationship to Insured | Telephone Number | |
| 4. | **Primary beneficiary** full legal name | Birth date/trust date | SSN/TIN | Percent |
|    | Mailing Address | Relationship to Insured | Telephone Number | |
| 5. | **Primary beneficiary** full legal name | Birth date/trust date | SSN/TIN | Percent |
|    | Mailing Address | Relationship to Insured | Telephone Number | |

⚠ **The sum total of primary beneficiary designation(s) MUST equal 100%**                    Total % = 100

DocuSign Envelope ID: A2052343-9645-45B5-AD8A-6A01A7537974

Beneficiary designation request for life insurance policies

Page **2** of 2

### Section II – Beneficiary designation *Continued*

**1.**

| **Contingent beneficiary** full legal name | Birth date/trust date | SSN/TIN | **Percent** |
|---|---|---|---|
| Mailing Address | Relationship to Insured | Telephone Number | |

**2.**

| **Contingent beneficiary** full legal name | Birth date/trust date | SSN/TIN | **Percent** |
|---|---|---|---|
| Mailing Address | Relationship to Insured | Telephone Number | |

**3.**

| **Contingent beneficiary** full legal name | Birth date/trust date | SSN/TIN | **Percent** |
|---|---|---|---|
| Mailing Address | Relationship to Insured | Telephone Number | |

⚠ The sum total of contingent beneficiary designation(s) MUST equal 100%     Total % = 0

### Section III – OWNERS MUST SIGN AND DATE BELOW.

BY SIGNING, YOU:

- Certify that you have the authority as the owner or in the capacity indicated to exercise the rights, privileges, options and benefits under the policy listed; and you understand and agree that we are not obligated to verify that you are acting within your approved authority when you exercise these rights;
- Jointly and severally indemnify and hold us harmless from any liability for acting according to your instructions;
- Agree to inform us in writing of any change in the information provided in this form;
- Certify under penalty of perjury that the statements and answers given on this form are true, complete and correct to the best of your knowledge and belief;
- Declare that no bankruptcy proceedings are now pending against you and you are not subject to back-up withholding; and
- Understand that the designations on this form will not be effective unless all designation requirements are completed.
- In states requiring that an insurable interest exist on the transfer of life insurance policies, you
  - Agree that only those who have an insurable interest in the life of the Insured are now, can or will be beneficiaries of the policy or trust
  - Have not, and will not, transfer for consideration any interest in the policy to any party who has no insurable interest in the Insured.

**Owner** *Required*     Date

X [DocuSigned signature: 2CA70527EF7D420]     •11/19/2019