H105.905 REV.(8/19)

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**



*Audrey C. Marrocco*
Audrey C. Marrocco
State Registrar

No. **11041090**

Date: **February 18, 2020**

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: **311252-2020**

1. Decedent's Legal Name: **Stephen Patrick Conlon**
2. Sex: **Male**
3. Social Security Number: ****-**-9772
4. Date of Death: **February 14, 2020**
5a. Age-Last Birthday: **54**
6. Date of Birth: **1966**
7a. Birthplace: **New York, New York**
7b. Birthplace (County): **Kings**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street and Number): **7736 Burholme Avenue**
8c. Did Decedent Live in a Township? **No**, decedent lived within limits of **Philadelphia**
8d. Residence (County): **Philadelphia**
8e. Residence (Zip Code): **19111**
9. Ever in US Armed Forces? **No**
10. Marital Status at Time of Death: **Divorced**
12. Father / Parent's Name: **John Conlon**
13. Mother / Parent's Name Prior to First Marriage: **Sally Focht**
14a. Informant's Name: **Caitlin Conlon**
14b. Relationship to Decedent: **Daughter**
14c. Informant's Mailing Address: **2283 SW 37th Avenue Apt 739 Miami, FL 33145**
15. Place of Death: Inpatient
15b. Facility Name: **Temple University Hospital**
15c. City, State, Zip Code: **Philadelphia, Pennsylvania 19140**
15d. County of Death: **Philadelphia**
16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **February 18, 2020**
16c. Place of Disposition: **Philadelphia Crematories, Inc.**
16d. Location of Disposition: **Philadelphia, Pennsylvania 19136**
17a. Signature of Funeral Service Licensee: *David R Lambie (Electronically Signed)*
17b. License Number: **FD014447L**
17c. Name and Complete Address of Funeral Facility: **Lambie Funeral Home Inc, 8000 Rowland Avenue Philadelphia, Pennsylvania 19136**

18. Decedent's Education: Associate degree (e.g. AA, AS)
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: **Police Detective**
22b. Kind of Business/Industry: **Law Enforcement**

23a. Date Pronounced Dead: **February 14, 2020**
23b. Signature of Person Pronouncing Death: **Matthew Zheng MD**
23c. License Number: **MT208668**
23d. Date Signed: **February 15, 2020**
24. Time of Death: **11:51 PM**
25. Was Medical Examiner or Coroner Contacted? **No**

### CAUSE OF DEATH

26. Part I.
   a. [redacted] — Approximate Interval: minutes
   b. [redacted] — hours
   c. [redacted] — months
   d.

27. Was an autopsy performed? **Yes**
28. Were autopsy findings available to complete the cause of death? **No**

30. Did Tobacco Use Contribute to Death? **Probably**
31. Manner of Death: **Natural**

39a. Certifier: Pronouncing & Certifying
Signature of certifier: *Matthew Zhang (Electronically Signed)*
Title of certifier: **MD**
License Number: **MT208668**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **Matthew Zheng, 3401 N Broad St Philadelphia, Pennsylvania 19140**
39c. Date Signed: **February 15, 2020**
40. Registrar's District Number: **51-461**
41. Registrar's Signature: *Philadelphia State Office - CT (Electronically Signed)*
42. Registrar File Date: **February 18, 2020**

Disposition Permit No. **E191791**