
Genworth

PO Box 10719
3100 Albert Lankford Drive
Lynchburg VA 24506


Stephen Patrick Conlon


Email: S.Patrick.Conlon4@gmail.com

## Information regarding claim

March 09, 2020

Decedent Name
**Stephen Conlon**

| Policy Number | Phone: |
|---|---|
| **0000186679** | 888.325.5433 |
| | Fax: |
| Claim Number | 434.948.5783 |
| **45540** | Website: |
| | Genworth.com |

I, Stephen Patrick Conlon, do hereby agree to honor the beneficiary designation that was confirmed on 08/19/2008, listing the beneficiaries as follows:

Caitlin Conlon        - 25%  -Daughter
Stephen P Conlon    -25%  - Son
Maddison Conlon     -50%  - Daughter

I release any claim I may have to a greater portion of the proceeds than the portion stated above. I further understand and agree that Maddison Conlon shall be treated as an irrevocable beneficiary and that her portion shall be paid to her court appointed guardian of the property, Christine Vanessa Sarmuksnis.

Signed this _____ Day of _____Month, _____ Year


_____
Caitlin M Conlon

Affiliated Companies: Genworth Life and Annuity Insurance Company, Genworth Life Insurance Company, Genworth Life Insurance Company of New York



PO Box 10719
3100 Albert Lankford Drive
Lynchburg VA 24506

Caitlin Conlon
2263 Douglas Road, Apt 739
Miami, Fl  33145

Email: caitlinmconlon@gmail.com

## Information regarding claim
March 09, 2020

Decedent Name
**Stephen Conlon**

Policy  Number
**0000186679**

Claim Number
**45540**

Phone:
888.325.5433
Fax:
434.948.5783
Website:
Genworth.com

I, Caitlin Conlon, do hereby agree to honor the beneficiary designation that was confirmed on 08/19/2008, listing the beneficiaries as follows:

Caitlin Conlon       - 25%   -Daughter
Stephen P Conlon    -25%   - Son
Maddison Conlon      -50%   - Daughter

I release any claim I may have to a greater portion of the proceeds than the portion stated above.  I further understand and agree that Maddison Conlon shall be treated as an irrevocable beneficiary and that her portion shall be paid to her court appointed guardian of the property, Christine Vanessa Sarmuksnis.

Signed this _____ Day of _____Month, _____ Year


_____
Caitlin M Conlon

Affiliated Companies: Genworth Life and Annuity Insurance Company, Genworth Life Insurance Company, Genworth Life Insurance Company of New York