AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> CAITLIN CONLON, individually, STEPHEN P. CONLON, individually, and LAURA MIELE, as Natural Guardian of the minor child M.A.C., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:21-cv-20518-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Caitlin Conlon
2263 Douglas Rd., Apt 739
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell S. Buhite
Kathleen Massing
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Feb 8, 2021

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> CAITLIN CONLON, individually, STEPHEN P. CONLON, individually, and LAURA MIELE, as Natural Guardian of the minor child M.A.C., <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-20518-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Stephen P. Conlon
247 Winthrop St.
Hallowell, ME 04347-3019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell S. Buhite
Kathleen Massing
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Feb 8, 2021

**SUMMONS**

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> CAITLIN CONLON, individually, STEPHEN P. CONLON, individually, and LAURA MIELE, as Natural Guardian of the minor child M.A.C., <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-20518-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Miele, as Natural Guardian of the minor child M.A.C.
1223 Boone Ave.
Abington, PA 19001-3503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russell S. Buhite
Kathleen Massing
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Feb 8, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court