08/08/2008  14:06   1-413-596-0003        PROVENCHER FIN SERV         PAGE  02/03

○ Genworth Life Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888.325.5433

○ Genworth Life and Annuity Insurance Company
Service Center
P.O. Box 10720 • Lynchburg, VA 24506-0720
888.325.5433
888·325·3255

Please check (✓) appropriate company box.

**POLICY CHANGE FORM – PART I**

INSURED: Name _Stephen Conlon_ (Print)   Date of Birth __/__/68   Soc. Sec. No. ___-__-7772

OWNER: Name _____ (Print)   Date of Birth _____   Policy Number _____

Address _____   Daytime Phone _____

☐ **1. CHANGE OF OWNER**

All incidents of ownership in this policy are absolutely assigned to the new owner. The new owner will also be the new beneficiary unless the beneficiary at the time of the ownership change was irrevocable or unless the new owner changes the beneficiary designation and signs this form.

New Owner: (If more than one owner, specify which owner is to receive premium notices.) Sample designations on Page 2.
Primary: _____

Date of Birth: _____
Soc. Sec. No. or T.I.N.: _____
Mailing Address: _____

New Owner is:  ☐ Individual   ☐ Sole proprietorship
☐ Partnership   ☐ Corporation
☐ Trust (Give complete name of trust, date of trust agreement, and name(s) of the trustee(s).)

☐ **2. CHANGE NAME of:**
☐ Insured  ☐ Beneficiary  ☐ Owner  ☐ ____
From _____
To _____
Reason _____
NOTE: If reason is other than marriage or correction of spelling, attach copy of legal evidence.

If your original contract has been lost or destroyed, please contact the home office for a Lost Policy Affidavit form to obtain a copy of the contract.

☒ **3. CHANGE OF BENEFICIARY**

I revoke all prior beneficiary designations, and settlement option elections. I designate the following as beneficiaries under this policy: (Give full name, birthdate, relationship to insured, Soc. Sec. or T.I.N. and mailing address. Where possible, give individual names for all members of a class of beneficiaries. Do not list dollar amounts. Use percentage share or fraction. Sample designations on Page 2.) The primary beneficiary designation must be restated if changing only the contingent beneficiary designation.

Stephen Patrick Conlon 25%
Caitlin Marie Conlon 25%
Maddison Anne Conlon 50%

Contingent: _____

The right to change the beneficiary is reserved to the owner, unless otherwise indicated.

☐ **4. OTHER CHANGE(S)**

---

I declare that no bankruptcy proceedings are now pending.
I certify under penalties of perjury that the statements and answers given in this change form are true, complete, and correctly recorded to the best of my knowledge and belief. I am not subject to backup withholding.

Signed at _Bristol, CT_ (City and State)   on _08/08/08_ (month, day, year)

Owner X _/s/ Stephen Conlon_ (Signature)   (Title, if Applicable)   Soc. Sec. ___-__-9772

New Owner, if applicable X _____ (Signature)   (Title, if Applicable)   Soc. Sec. No. _____

Signature of Witness X _____ (If applicable)   Other Required Signature X _____ (If applicable)

Form No. 506-02-3                    Page 2