

Genworth Life
PO Box 10720
Lynchburg, VA 24506-0720

010 00173

## Beneficiary change
November 20, 2019
from Genworth Life Insurance Company

Insured
**Stephen P Conlon**

Policy number
0000186679

Customer service
**888 325.5433**
M-Th: 8:30 - 6PM ET
F: 9 - 6PM ET
Fax: 888 325.3299
**genworth.com**

STEPHEN P CONLON
7736 BURHOLME AVE
PHILADELPHIA, PA 19111-2413

Dear Stephen P Conlon,

Thank you for choosing Genworth Life for your life insurance needs.

Your request to change beneficiary designations on this policy has been processed. Our records have been updated as follows:

Change of beneficiary
    CAITLIN M CONLON 100%

**Please place this letter with your contract in order to maintain updated records.**

If you have any questions, please contact our customer service center at the number shown above. We appreciate your business and look forward to serving you in the future.

Sincerely,

Your Customer Service Team