O 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laura Micle as Natural Guardian of Minor Child MAC
was received by me on *(date)* 3-1-2021 .

☒ I personally served the summons on the individual at *(place)* 1223 Boone Ave Abington, Pa 19001 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3-2-21

_____
Server's signature

Joseph F. McCarthy
Printed name and title

PO Box 364 Lansdale Pa 19446
Server's address

Additional information regarding attempted service, etc:

**Subject:**          PIC Job Done  - Served for  (MIELE,, LAURA)

To: OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

This is an automated message relating to:

  **Our Job Number:** 2021001094
  **Your Reference Number:**
  **Party To Be Served:** MIELE,, LAURA
  **Documents To Be Served:** SUMMONS AND COMPLAINT
  **Case Info:** Florida SOUTHERN 1:21-CV-20518-BB
  **Date Filed:** Feb 8 2021
  **Case Style:** GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, vs. CAITLIN CONLON, individually, STEPHEN P. CONLON, individually, and LAURA MIELE as Natural Guardian of the minor child M.A.C.,

**Service Information**
Recipient was SERVED on Mar 2 2021 12:35PM
**Type of Service:** .INDIVIDUAL/PERSONAL
**Original Service Address:** LAURA MIELE, AS NATURAL GUARDIAN OF THE MINOR CHILD M.A.C., 1223 BOONE AVENUE, ABINGTON, PA 19001

**Service Details:** INDIVIDUAL/PERSONAL: served by delivering a true copy of the SUMMONS AND COMPLAINT to: LAURA MIELE, AS NATURAL GUARDIAN OF THE MINOR CHILD M.A.C. at the address of: 1223 BOONE AVENUE, ABINGTON, PA 19001 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Attachments:**
Link to Affidavit   Link to SERVICE PACKET   Link to Invoice


Thank you,
Professional Investigative Group
papers@pigroup.net
Phone: (727) 772-8900

More detailed status is available at www.pigroup.net/statuslogin.html