## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-20518-BB

Plaintiff:
**GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,**
vs.
Defendant:
**CAITLIN CONLON, individually,
STEPHEN P. CONLON, individually, and
LAURA MIELE as Natural Guardian of
the minor child M.A.C.,**

For: RUSSELL BUHITE
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Received by Professional Investigative Group on the 17th day of February, 2021 at 8:38 pm to be served on **STEPHEN P. CONLON, 247 WINTHROP STREET, HALLOWELL, ME 04347**. I, KEVIN SURETTE, being duly sworn, depose and say that on the 8 day of MAR, 2021 at 12:00 p.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT FOR INTERPLEADER RELIEF** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving JOSH as Co-RESIDENT

( ) SUBSTITUTE - PRIVATE MAILBOX: served by delivering a true copy of the documents to: _____, a person in charge at the recipient's private mailbox the only address known after reasonable investigation and after determining that the person to be served maintains a mailbox at this location, in compliance with Florida Statute 48.031(6)

( ) AUTHORIZED SERVICE: By serving _____ as peron authorized to accept service.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: JOSH - W M 5'7 150 Brn hair 35

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Professional Investigative Group
6151 Lake Osprey Drive
3rd Floor
Sarasota, FL 34240
(877) 733-2296

F.S. 92.525: Under penalties of perjury, I declare that I have read the foregoing and that facts stated in it are true, followed by the signature of the person making the declaration, except when a verification on information or belief is permitted by law, in which case the words: "to the best of my knowledge

Our Job Serial Number: 2021000810