UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20518-BLOOM/Otazo-Reyes**

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Plaintiff,

v.

CAITLIN CONLON, STEPHEN P CONLON,
and LAURA MIELE,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on February 5, 2021, ECF No. [1]. A summons was issued as to Defendant Laura Miele ("Defendant") on February 8, 2021. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on March 2, 2021, setting a response deadline of March 23, 2021. ECF No. [7]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendant must file a response to the Complaint by or before **March 31, 2021**.

2. If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **April 7, 2021**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry

Case No. 21-cv-20518-BLOOM/Otazo-Reyes

of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 24, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Laura Miele
1223 Boone Avenue
Abington, PA 19001