UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 21-cv-20518-BLOOM/Otazo-Reyes

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Plaintiff

vs.

CAITLIN CONLON, STEPHEN P. CONLON,
and LAURA MIELE,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    Anthony Hearn, of Anthony S. Hearn, P.A., enters an appearance as counsel for the Defendant, Caitlin Conlon and requests that copies of all correspondence, pleadings, motions, court papers and/or documents otherwise relating to this action be served on the undersigned counsel.

Date: April 1, 2021

Respectfully submitted,

**ANTHONY S. HEARN, PA**
One Biscayne Tower
2 Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: (786) 627-4869
Facsimile: (888)503-0612
Email: ash@anthonyhearn.com
2d Email: assistant@anthonyhearn.com

By: */s/ Anthony S. Hearn*
Anthony S. Hearn, Esq.
Florida Bar No: 102302

Case No. 2-20 -cv-14212

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on the Service List below.

*/s/ Anthony S. Hearn*
**Anthony S. Hearn, Esq.**
FBN: 102302

## SERVICE LIST

**Counsel for Plaintiff**

Russell Scott Buhite
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Ave.
Suite 5150
Seattle, WA 98101
206-693-7052
Email: Russell.buhite@ogletree.com

Steffie Kathleen Massing
Ogletree, Deakins, Nash, Smoak & Stewart PC
100 North Tampa Street
Suite 3600
Tampa, Fl 33602
813 289-6530
Email: Kathleen.massing@ogletreedeakins.com