UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 21-cv-20518-BLOOM/Otazo-Reyes

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Plaintiff

vs.

CAITLIN CONLON, STEPHEN P. CONLON,
and LAURA MIELE,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    Anthony Hearn, of Anthony S. Hearn, P.A., enters an appearance as counsel for the Defendant, Stephen Conlon, and requests that copies of all correspondence, pleadings, motions, court papers and/or documents otherwise relating to this action be served on the undersigned counsel.

Date: April 1, 2021                              Respectfully submitted,

                                                    **ANTHONY S. HEARN, PA**
                                                    One Biscayne Tower
                                                    2 Biscayne Boulevard
                                                    Suite 3400
                                                     Miami, Florida 33131
                                                    Telephone: (786) 627-4869
                                                    Facsimile: (888)503-0612
                                                    Email: ash@anthonyhearn.com
                                                    2d Email: assistant@anthonyhearn.com

                                                   By: */s/ Anthony S. Hearn*
                                                   Anthony S. Hearn, Esq.
                                                   Florida Bar No: 102302

Case No. 2-20 -cv-14212

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on the Service List below.

*/s/ Anthony S. Hearn*
**Anthony S. Hearn, Esq.**
FBN: 102302

## SERVICE LIST

**Counsel for Plaintiff**

Russell Scott Buhite
Ogletree, Deakins, Nash, Smoak & Stewart PC
1201 Third Ave.
Suite 5150
Seattle, WA 98101
206-693-7052
Email: Russell.buhite@ogletree.com

Steffie Kathleen Massing
Ogletree, Deakins, Nash, Smoak & Stewart PC
100 North Tampa Street
Suite 3600
Tampa, Fl 33602
813 289-6530
Email: Kathleen.massing@ogletreedeakins.com