UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**GENWORTH LIFE
INSURANCE COMPANY,**

    **Plaintiff,**

vs.                                       Case No.:1:21-cv-20518-BLOOM/Otazo-Reyes

**CAITLIN CONLON, individually,
STEPHEN P. CONLON, individually, and
LAURA MIELE as Natural Guardian of
the minor child M.A.C.,**

    **Defendants.**

## NOTICE OF FILING AND REQUEST FOR CLARIFICATION

COMES NOW Genworth Life Insurance Company ("GLIC") by and through its undersigned counsel and does hereby submit the following document:

1.) Correspondence and attached Response to Complaint received via email on March 31, 2021 from Ellis Saul, Esq., counsel for Laura Miele, natural guardian of the minor child M.A.C.

By this Court's Order dated March 24, 2021 [**Dkt. 9**] GLIC has been directed to file an Entry of Clerk's Default by April 7, 2021, with respect to Defendant Laura Miele, natural guardian of the minor child M.A.C., ("Miele") if Miele failed to file a response by March 31, 2021. GLIC has received the attached Correspondence and Response, which indicates that it was also sent to this Court. However, to date, the Response has not been recorded in the Docket for this matter. GLIC asks the Court for clarification regarding its Order dated March 24, 2021 [**Dkt. 9**].

Dated April 6, 2021                               Respectfully submitted,

                                                  s/ *S. Kathleen Massing*
                                                  Russell S. Buhite
                                                  Florida Bar No. 0831085
                                                  S. Kathleen Massing, Esquire
                                                  Florida Bar No. 0722219
                                                  Counsel for Defendant
                                                  OGLETREE, DEAKINS, NASH, SMOAK
                                                   & STEWART, P.C.
                                                  100 North Tampa Street
                                                  Suite 3600
                                                  Tampa, FL  33602
                                                  Telephone:  813-221-7206
                                                  Facsimile:  813-289-6530
                                                  Email:  Russell.buhite@ogletreedeakins.com
                                                  Kathleen.massing@ogletreedeakins.com
                                                  E-mail: tam-docketing@ogletreedeakins.com
                                                  Attorneys for Defendant Genworth Life
                                                  Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 6, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which sent notice to attorneys of record.  I further sent the foregoing for service by U.S. mail and email to the following attorney who has not made an appearance on the record in this matter:

Ellis Saul, Esq.
105 Town Center Road, Ste. One
King of Prussia, PA  19406
Attorney for Laura Miele, Natural
Guardian of the minor M.A.C.
**ellissaulllaw@gmail.com**

                                                  /s/*S. Kathleen Massing*                .
                                                  Attorney

46661688.1

2