# ELLIS M. SAULL

ATTORNEY AT LAW
105 TOWN CENTER ROAD, SUITE ONE
KING OF PRUSSIA, PA 19406

| | |
|---|---|
| TEL: | (610) 768-0222 |
| | (610) 768-0294 |
| FAX: | (610) 768-0296 |

PENNSYLVANIA BAR
DISTRICT OF COLUMBIA BAR

March 31, 2021

Honorable Beth Bloom
United States District Judge
Southern District of Florida                         VIA email

Re: Genworth Life Insurance Co.
        v.
Caitlin Conlon, Stephen Conlon, and Laura
Miele as Natural Guardian of the minor
Child M.A.C.
Case No.21-cv-20518

Dear Judge Bloom:

    I represent Laura Miele, in this case involving Genworth Insurance, which issued a policy of life insurance covering Stephen Conlon, Sr., who died on February 14, 2020. My client and Mr. Conlon were formerly married and, and, as noted by Genworth's Amended Complaint, are the parents of the minor child M.A.C.

    There is no dispute that the divorce agreement in place between Mr. Conlon and his wife required him to maintain a $250,000 life insurance policy payable to his minor daughter, M.A.C. Husband and wife each resided in Pennsylvania at the time of Mr. Conlon's death, and there is an Orphan's Court case regarding Mr. Conlon's estate in the Philadelphia County Court of Common Pleas, wherein I have recently entered my appearance on behalf of Laura Miele.

    Genworth has filed this matter in Florida, which was done properly. Our answer to that document is enclosed, and you will note that we admit factual allegations of Genworth's filing, in that answer.

    I recognize the irregularity of me, as an attorney not admitted in Florida seeking to represent Ms. Miele without a Florida counsel being of record. I am enclosing my entry of appearance, understanding that it may be rejected.

This dispute has drained my client's finances, and it is a matter that we believe should have been settled. We would ask for leave of the Court to proceed in this matter.

Sincerely,

Ellis M. Saull

EMS/lmls

Enclosures

cc: Anthony Hearn, Esquire (via email)
    Kathleen Massing, Esquire (via email)
    Laura Miele (via email)

Ellis M. Saull, Esquire
I.D. No: 16460
105 Town Center Rd, Suite One
King of Prussia, PA 19406
610-768-0222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GENWORTH LIFE INSURANCE COMPANY,

    Plaintiff

vs.                                      Case No: 1:21-cv-20518-BB

CAITLIN CONLON, STEPHEN CONLON
And LAURA MIELE as Natural Guardian of the
minor child M.A.C.                              :
    Defendants                                :

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Please enter my appearance in this matter for Laura Miele, Natural Guardian of the minor child M.A.C.

DATED March 31, 2021                      _/s/ Ellis M. Saull_
                                                  Ellis M. Saull
                                                  105 Town Center Road
                                                  Suite One
                                                  King of Prussia, PA 19406
                                                  (610) 768-0222

Ellis M. Saull, Esquire
I.D. No: 16460
105 Town Center Rd, Suite One
King of Prussia, PA 19406
610-768-0222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GENWORTH LIFE INSURANCE COMPANY,

    Plaintiff

vs.

Case No: 1:21-cv-20518-BB

CAITLIN CONLON, STEPHEN CONLON
And LAURA MIELE as Natural Guardian of the
minor child M.A.C.
    Defendants

## ANSWER OF DEFENDANT LAURA MIELE TO GENWORTH LIFE INSURANCE COMPANY'S AMENDED COMPLAINT FOR INTERPLEADER RELIEF

1. ADMITTED.

2. 11. These paragraphs are not in dispute, and are ADMITTED.

12-30. These paragraphs are ADMITTED.

WHEREFORE, Defendant Laura Miele asks the Court to stay further proceedings in this matter for a period of 30 days, as all of the defendants are engaged in discussions to resolve the underlying disputes regarding the insurance policy proceeds, and resolution of those disputes may allow the parties to have appropriate discussions with the plaintiff insurance company.

DATED March 31, 2021  _____

                                              Ellis M. Saull
                                              105 Town Center Road
                                              Suite One
                                              King of Prussia, PA 19406
                                              (610) 768-0222

Counsel for Laura Miele seeks PRO HAC VICE status in this matter.
Counsel is admitted to practice in Pennsylvania and the District of Columbia, and in Federal Court for the Eastern District of Pennsylvania and to the Third Circuit Court of Appeals.