UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20518-BLOOM/Otazo-Reyes

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

    Plaintiff,

v.

CAITLIN CONLON, STEPHEN P CONLON,
and LAURA MIELE,

    Defendants.
_____/

## ORDER REGARDING NOTICE OF FILING AND REQUEST FOR CLARIFICATION

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Filing and Request for Clarification, ECF No. [14] ("Notice"), filed on April 6, 2021. On March 24, 2021, the Court entered its Order on Default Procedures with respect to Defendant Laura Miele ("Defendant"). *See* ECF No. [9] ("Order"). In the Order, the Court directed Defendant to file a response to the Complaint by March 31, 2021, and in the event that Defendant failed to do so, directed Plaintiff to file a motion for entry of clerk's default no later than April 7, 2021. *Id.* In the Notice, Plaintiff represents that on March 31, 2021, its counsel received correspondence and a response to the complaint via e-mail from Defendant's counsel. *See* ECF Nos. [14], [14-1]. The correspondence is addressed to the undersigned; however, it was not received by the Court.

With respect to Plaintiff's request for clarification of the Court's Order, the Court notes that Defendant's counsel is not admitted to practice in this district, nor has he sought admittance *pro hac vice*. As such, he is not permitted to enter an appearance in this case or make any filings on behalf of Defendant. *See* S.D Fla. L.R. Governing the Admission, Practice, Peer Review, and Discipline of Attorneys 4(a) ("Except when an appearance *pro hac vice* is permitted by the Court,

Case No. 21-cv-20518-BLOOM/Otazo-Reyes

only members of the bar of this Court may appear as attorneys before this Court." Defendant's counsel has been notified regarding the requirements for appearing to practice before the Court, *see* ECF No. [15].

Based on the foregoing, it is **ORDERED AND ADJUDGED** that

1. Plaintiff's Motion for Clarification, **ECF No. [14]**, is **GRANTED** to the extent that Defendant Laura Miele's counsel must comply with the Local Rule Governing the Admission, Practice, Peer Review, and Discipline of Attorneys.

2. The Court's Order, **ECF No. [9]**, is **modified** as follows:

    a. Defendant Laura Miele must file a response to the Complaint by or before **April 19, 2021**.

    b. If Defendant Laura Miele fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **April 23, 2021**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to that Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 7, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 21-cv-20518-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record