UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**GENWORTH LIFE
INSURANCE COMPANY,**

    **Plaintiff,**

vs.                                                                 Case No.:1:21-cv-20518-BLOOM/Otazo-Reyes

**CAITLIN CONLON, individually,
STEPHEN P. CONLON, individually, and
LAURA MIELE as Natural Guardian of
the minor child M.A.C.,**

    **Defendants.**

_____

## MOTION FOR CLARIFICATION

COMES NOW Genworth Life Insurance Company ("GLIC") by and through its undersigned counsel and does seek clarification from this Court regarding this Court's Order dated March 30, 2021 [**Dkt. 11**] wherein GLIC has been directed to file an Entry of Clerk's Default by April 13, 2021, with respect to Defendant Stephen P. Conlon if Conlon failed to file a response by April 6, 2021. Counsel for Stephen P. Conlon filed with this Court a Notice of Appearance on April 5, 2021 [**Dkt. 13**] and an Unverified Motion to Quash Service on April 6, 2021 [**Dkt. 16**]. GLIC's response to that Motion is due April 20, 2021. To date, Stephen P Conlon has not entered a Response in this matter. Accordingly, in an abundance of caution, GLIC asks the Court for clarification regarding its Order dated March 30, 2021 [**Dkt. 11**].

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to this Court's Local Rules, undersigned counsel provided a copy of the instant Motion for Clarification to Anthony Hearn, Esq. and Ellis Saull, Esq. Mr. Hearn has stated that "because Mr. Conlon's motion to quash is a response under Rule 12, he opposes Genworth's

motion for clarification to the extent that it seeks to default him". I attempted to reach Mr. Saull in the morning of 4/13/21 and at 12:30, but to date, he has not responded to Undersigned's inquiries regarding the instant motion.

Dated April 13, 2021                     Respectfully submitted,

                                            s/ *S. Kathleen Massing*
                                            Russell S. Buhite
                                            Florida Bar No. 0831085
                                            S. Kathleen Massing, Esquire
                                            Florida Bar No. 0722219
                                            Counsel for Defendant
                                            OGLETREE, DEAKINS, NASH, SMOAK
                                             &amp; STEWART, P.C.
                                            100 North Tampa Street
                                            Suite 3600
                                            Tampa, FL  33602
                                            Telephone:  813-221-7206
                                            Facsimile:  813-289-6530
                                            Email:  Russell.buhite@ogletreedeakins.com
                                            Kathleen.massing@ogletreedeakins.com
                                            E-mail: tam-docketing@ogletreedeakins.com
                                            Attorneys for Defendant Genworth Life
                                            Insurance Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which sent notice to attorneys of record.  I further sent the foregoing for service by U.S. mail and email to the following attorney who has not made an appearance on the record in this matter:

Ellis Saull, Esq.
105 Town Center Road, Ste. One
King of Prussia, PA  19406
Attorney for Laura Miele, Natural
Guardian of the minor M.A.C.
**ellissaulllaw@gmail.com**

                                            /s/*S. Kathleen Massing*
                                            Attorney